IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 19-970-MN |
| ILLUMINA, INC., | ) |
| Defendant. | ) |
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., | ) |
| Counterclaim-Plaintiffs, | ) |
| v. | ) |
| COMPLETE GENOMICS, INC., BGI AMERICAS CORP., and MGI AMERICAS INC., | ) |
| Counterclaim-Defendants. | ) |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which invalidity contentions are due in the above action, pursuant to paragraph 7(d) of the scheduling order (D.I. 21), is extended through and including April 29, 2020.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| */s/ Pilar G. Kraman* | */s/ Steven J. Balick* |
| Adam W. Poff (#3990) | Steven J. Balick (#2114) |
| Pilar G. Kraman (#5199) | Andrew C. Mayo (#5207) |
| Rodney Square | 500 Delaware Avenue, 8th Floor |
| 1000 North King Street | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 654-1888 |
| apoff@ycst.com | sbalick@ashbygeddes.com |
| pkraman@ycst.com | amayo@ashbygeddes.com |
| *Attorneys for Plaintiff/Counterclaim-Defendants* | *Attorneys for Defendant/Counterclaim-Plaintiffs* |

SO ORDERED, this _____ day of _____, 2020.

_____
United States District Judge