IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 19-970-MN |
| ILLUMINA, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Complete Genomics, Inc., by and through its undersigned counsel, for their

Second Amended Complaint against Defendant Illumina, Inc., alleges as follows:

### THE PARTIES

1.     Plaintiff Complete Genomics, Inc. ("CGI") is a privately held research company

with its principal place of business at 2904 Orchard Way, San Jose, California 95134.

2.     CGI is incorporated under the laws of the State of Delaware.

3.     Defendant Illumina, Inc. ("Illumina") is a Delaware corporation with its principal

place of business at 5200 Illumina Way, San Diego, California 92122.

### JURISDICTION AND VENUE

4.     This Court has personal jurisdiction over Illumina because Illumina is

incorporated in the State of Delaware.  Upon information and belief, Illumina has systematic and

continuous contacts in this judicial district, regularly transacts business within this district, and

regularly avails itself of the benefits of this district.  Upon information and belief, Illumina also

sells, distributes, and supports accused products (and products for practicing accused methods) as

well as practices the accused methods in this district and derives substantial revenues from sales in this district.

5.      This action arises under the patent laws of the United States of America, 35 U.S.C. § 1, et seq.  This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) because this is a civil action arising under the patent laws of the United States.

6.      Venue is proper in this District under 28 U.S.C. § 1400(b) because Illumina is incorporated in the State of Delaware and therefore resides within this district.

## THE '132 PATENT

7.      On December 29, 2015, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 9,222,132 (hereinafter the "'132 patent"), titled "Methods and Compositions for Efficient Base Calling in Sequencing Reactions."  The named inventor of the '132 patent is Radoje Drmanac.  The '132 patent is attached hereto as Ex. A (U.S. Patent No. 9,222,132).

8.      By assignment, CGI obtained the entire right, title, and interest to and in the '132 patent.

## THE '473 PATENT

9.      On May 26, 2020, the USPTO duly and legally issued U.S. Patent No. 10,662,473 (hereinafter the "'473 patent"), titled "Methods and Compositions for Efficient Base Calling in Sequencing Reactions."  The named inventor of the '473 patent is Radoje Drmanac.  The '473 patent is attached hereto as Ex. BB (U.S. Patent No. 10,662,473).

10.     By assignment, CGI obtained the entire right, title, and interest to and in the '473 patent.

## INFRINGEMENT OF THE '132 PATENT

**A. Direct Infringement of the '132 Patent**

11.     Illumina sells DNA sequencing systems that it describes as "two-channel" sequencing systems.  *See* Ex. B (2-Channel SBS Technology, https://www.illumina.com/science/technology/next-generation-sequencing/sequencing-technology/2-channel-sbs.html).

12.     In combination with Illumina's "two-channel" sequencing systems, Illumina sells "Library Preparation Kits" to prepare DNA fragments for sequencing and "Cluster Generation and Sequencing Kits" to immobilize, amplify, and sequence the fragments.

13.     As described below, use of Illumina's "two-channel" sequencing systems in combination with Illumina's "Library Preparation Kits" and "Cluster Generation and Sequencing Kits" in the United States by Illumina and its customers constitutes direct infringement of at least claims 1-4 of the '132 patent.

**1.     Illumina's "Two-Channel" Sequencing Systems**

14.     Illumina's "two-channel" sequencing systems include at least the NovaSeq 6000 system, the NextSeq 500/550 and 1000/2000 Series systems, and the MiniSeq system, as shown below:



**Explore 2-Channel SBS Instruments**

The MiniSeq System leverages 2-channel SBS to offer a small, affordable benchtop sequencer. It supports a wide range of applications, from targeted DNA and RNA sequencing to tumor profiling studies, small RNA discovery, and more.

The NextSeq Series delivers speed and simplicity for everyday genomics, leveraging 2-channel SBS to offer efficient sequencing and data generation. These benchtop sequencers support whole-transcriptome, exome, and targeted resequencing studies.

The NovaSeq 6000 System offers scalable throughput and flexibility for virtually any genome, sequencing method, and scale of project.

3

*See* Ex. B; Ex. CC (NextSeq 1000 and 2000 Overview webpage,

https://sapac.illumina.com/systems/sequencing-platforms/nextseq-1000-

2000.html?langsel=/my/); Ex. DD (NextSeq 2000 Sequencing System Guide) at 7, 39.

### 2. Illumina's "Library Preparation Kits"

15. Illumina uses and sells Library Preparation Kits that are specifically compatible

and marketed for use with one or more of its "two-channel" sequencing systems (*e.g.,* the

NovaSeq 6000, NextSeq Series, and MiniSeq systems). *See, e.g.*, Ex. C (Products for the

NovaSeq 6000 System, https://www.illumina.com/products/by-system/novaseq-products.html);

Ex. D (Products for the NextSeq Series, https://www.illumina.com/products/by-system/nextseq-

products.html); Ex. E (Products for the MiniSeq System, https://www.illumina.com/products/by-

system/miniseq-products.html); Ex EE (Products for NextSeq 1000/2000 Systems,

(https://sapac.illumina.com/products/by-system/nextseq-1000-2000-products.html).

16. According to Illumina's website, at least the following Library Preparation Kits

are designed for sequencing genomic DNA and are compatible with the NovaSeq 6000 system:

Nextera DNA Exome, Nextera DNA Flex Library Prep Kit, Nextera Flex for Enrichment,

TruSeq DNA Exome, TruSeq DNA Nano, and TruSeq DNA PCR-Free (hereinafter "NovaSeq

DNA Prep Kits"). *See* Ex. F (Library Preparation Kits for NovaSeq 6000 System).

17. At least the following Library Preparation Kits are designed for sequencing RNA

and are compatible with the NovaSeq 6000:  TruSeq RNA Exome, TruSeq Stranded Total RNA,

TruSeq Stranded Total RNA with Ribo-Zero Globin, TruSeq Stranded Total RNA with Ribo-

Zero Plant, TruSeq Stranded mRNA (hereinafter "NovaSeq RNA Prep Kits").  *See* Ex. F.

18. At least the following Library Preparation Kits are designed for sequencing

genomic DNA and are compatible with the NextSeq 500/550 and/or 1000/2000 Series systems:

AmpliSeq for Illumina On-Demand, AmpliSeq for Illumina Library PLUS, AmpliSeq for Illumina Childhood Cancer Panel, AmpliSeq for Illumina Comprehensive Cancer Panel, AmpliSeq for Illumina Comprehensive Panel v3, AmpliSeq for Illumina Custom DNA Panel, AmpliSeq for Illumina Exome Panel, AmpliSeq for Illumina Library Prep, Indexes, and Accessories, AmpliSeq for Illumina TCR beta-SR Panel, Nextera DNA Exome, Nextera Rapid Capture Custom Enrichment Kit, Nextera XT DNA Library Preparation Kit, Nextera DNA Flex, Nextera Flex for Enrichment, TruSeq Custom Amplicon Low Input Kit, TruSeq Custom Amplicon v1.5, TruSeq DNA Exome, TruSeq DNA Nano, TruSeq DNA PCR-Free, TruSeq Methyl Capture EPIC Library Prep Kit, TruSeq ChIP Library Preparation Kit, TruSight Oncology 500, TruSight Oncology, TruSight Oncology UMI Reagents, TruSight Hereditary Cancer Panel, and TruSight Tumor 170 (hereinafter "NextSeq DNA Prep Kits"). *See* Ex. G (Library Preparation Kits for NextSeq 500/550 System); Ex EE (Library Preparation Kits for NextSeq 1000/2000 Systems).

19.     At least the following Library Preparation Kits are designed for sequencing RNA and are compatible with the NextSeq 500/550 and 1000/2000 Series systems:  AmpliSeq for Illumina Custom RNA Panel, AmpliSeq for Illumina Comprehensive Panel v3, AmpliSeq for Illumina Custom RNA Fusion Panel, AmpliSeq for Illumina Immune Repertoire Plus, TCR beta Panel, AmpliSeq for Illumina Immune Response Panel, AmpliSeq for Illumina Library Prep, Indexes, and Accessories, AmpliSeq for Illumina TCR beta-SR Panel, AmpliSeq for Illumina Transcriptome Human Gene Expression Panel, SureCell WTA 3′ Library Prep Kit for the ddSEQ System, TruSeq RNA Exome, TruSeq RNA Library Prep Kit v2, TruSeq Stranded Total RNA, TruSeq Stranded Total RNA with RiboZero Globin, TruSeq Stranded Total RNA with Ribo-Zero Plant, TruSeq Stranded mRNA, TruSeq Targeted RNA Expression Library Prep Kits,

TruSeq Small RNA Library Preparation Kits, TruSight RNA Fusion Panel, TruSight Oncology, TruSight RNA Pan-Cancer , and TruSight Tumor 170 (hereinafter NextSeq RNA Prep Kits"). *See* Ex. G; Ex EE (Library Preparation Kits for NextSeq 1000/2000 Systems).

20.     At least the following Library Preparation Kits are designed for sequencing genomic DNA and are compatible with the MiniSeq system:  AmpliSeq for Illumina BRCA Panel, AmpliSeq for Illumina Cancer Hotspot Panel v2, AmpliSeq for Illumina Childhood Cancer Panel, AmpliSeq for Illumina Custom DNA Panel, AmpliSeq for Illumina Focus Panel, AmpliSeq for Illumina Library Prep Indexes and Accessories, AmpliSeq for Illumina Myeloid Panel, AmpliSeq for Illumina TCR beta-SR Panel, Nextera DNA Flex Library Prep Kit, Nextera Flex for Enrichment, Nextera XT DNA Library Preparation Kit, TruSeq Custom Amplicon Low Input Kit, TruSeq Custom Amplicon v1.5, TruSeq DNA Nano, and TruSeq DNA PCR-Free (hereinafter "MiniSeq DNA Prep Kits").  Ex. H (Library Preparation Kits for MiniSeq System).

21.     At least the following Library Preparation Kits are designed for sequencing RNA and are compatible with the MiniSeq:  AmpliSeq for Illumina Custom RNA Fusion Panel, AmpliSeq for Illumina Custom RNA Panel, AmpliSeq for Illumina Focus Panel, AmpliSeq for Illumina Immune Repertoire Plus, TCR beta Panel, AmpliSeq for Illumina Immune Response Panel, AmpliSeq for Illumina Library Prep Indexes and Accessories, AmpliSeq for Illumina Myeloid Panel, AmpliSeq for Illumina TCR beta-SR Panel, TruSeq Small RNA Library Preparation Kits, TruSeq Targeted RNA Expression Library Prep Kits, and TruSight RNA Fusion Panel (hereinafter "MiniSeq RNA Prep Kits").  *See* Ex. H.

### 3.     Illumina's Cluster Generation and Sequencing Kits

22.     Illumina uses and sells for use "Cluster Generation and Sequencing Kits" that are specifically compatible and marketed for use with one or more "two-channel" sequencing

systems (*e.g.,* the NovaSeq 6000, NextSeq Series, and MiniSeq systems). *See, e.g.*, Ex. I (Reagent Kits for NovaSeq 6000 System); Ex. J (Reagent Kits for NextSeq 500/550 System); and Ex. K (Reagent Kits for MiniSeq System); Ex EE (Reagent Kits for NextSeq 1000/2000 systems, https://sapac.illumina.com/products/by-system/nextseq-1000-2000-products.html); Ex. FF (same, https://sapac.illumina.com/systems/sequencing-platforms/nextseq-1000-2000/specifications.html).

23.     According to Illumina's website, at least the following Cluster Generation and Sequencing Kits are specifically designed for use with the NovaSeq 6000 system:  the NovaSeq Reagent Kits (including SP Reagent Kits, S1 Reagent Kits, S2 Reagent Kits, and S4 Reagent Kits), the NovaSeq Xp Workflow, and the PhiX Control v3 (hereinafter the "NovaSeq Sequencing Kits").  *See* Ex. I.

24.     According to Illumina's website, at least the following Cluster Generation and Sequencing Kits are specifically designed for use with the NextSeq 500 and/or 1000/2000 Series systems:  the NextSeq 500/550 TG Kits (including v1.2, v2, and v2.1), the NextSeq 500/500 v2.5 Kits, the PhiX control v3, NextSeq 1000/2000 P2/P3 Reagent kits (hereinafter "NextSeq Reagent Kits").  *See* Ex. J; Ex EE; Ex. FF.

25.     According to Illumina's website, at least the following Cluster Generation and Sequencing Kits are specifically designed for use with the MiniSeq system:  the MiniSeq Reagent Kit and the PhiX Control v3 (hereinafter "MiniSeq Reagent Kits").  *See* Ex. K.

### 4.     Infringement Analysis for Claims 1-4 of the '132 Patent

26.     Illumina's and its customers' prior and continued use in the United States of Illumina's "two channel" sequencing systems (*i.e.*, the NovaSeq 6000, NextSeq Series, and MiniSeq systems) in combination with Illumina's "Library Preparation Kits" and "Cluster

Generation and Sequencing Kits" constitutes direct infringement pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, of at least claims 1-4 of the '132 Patent.

27.     By way of example only, direct infringement of claims 1-4 by Illumina and its customers' use of the NovaSeq 6000 in combination with Illumina's "TruSeq$^{TM}$ DNA PCR-Free" or "TruSeq$^{TM}$ DNA Nano" library preparation kits and the NovaSeq 6000 Reagent Kits is detailed in Paragraphs 33 to 87 below.

28.     Illumina's "TruSeq$^{TM}$ DNA PCR-Free" and "TruSeq$^{TM}$ DNA Nano" kits are also marketed by Illumina for use with the NextSeq Series and MiniSeq systems, and function in the same or similar manner as described below when used with these systems.

29.     Moreover, the following infringement analysis of the use of the NovaSeq 6000 system with the "TruSeq™ DNA PCR-Free" or "TruSeq$^{TM}$ DNA Nano" and the NovaSeq Sequencing Kits is also representative of the use of the NovaSeq 6000 system, the NextSeq Series systems, and the MiniSeq system, in conjunction with all of their respective "Library Preparation Kits" and "Cluster Generation and Sequencing Kits," as described below in paragraphs 30 to 32.

30.     Use of the NovaSeq Sequencing Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NovaSeq 6000 system and the NovaSeq DNA Prep Kits constitutes infringement of at least claims 1-4 of the '132 patent.  Use of the NovaSeq Sequencing Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NovaSeq 6000 system and the NovaSeq RNA Prep Kits constitutes infringement of at least claims 1-2 of the '132 patent.

31.     Use of the NextSeq Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NextSeq Series systems and the NextSeq

DNA Prep Kits constitutes infringement of at least claims 1-4 of the '132 patent.  Use of the NextSeq Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the NextSeq Series system and the NextSeq RNA Prep Kits constitutes infringement of at least claims 1-2 of the '132 patent.

32.     Use of the MiniSeq Reagent Kits by Illumina or its customers, when used in their normal and intended manner in conjunction with the MiniSeq system and the MiniSeq DNA Prep Kits constitutes infringement of at least claims 1-4 of the '132 patent.  Use of the MiniSeq Reagent Kits by Illumina, or its customers, when used in their normal and intended manner in conjunction with the MiniSeq system and the MiniSeq RNA Prep Kits constitutes infringement of at least claims 1-2 of the '132 patent.

### a.     Infringement of Claim 1 of the '132 Patent

33.     Claim 1 of the '132 patent recites:

A method for determining identities of nucleotides at detection positions of a plurality of different nucleic acid templates by performing sequencing-by-extension reactions, the method comprising:

(a)     providing an array comprising single-stranded nucleic acid templates disposed at positions on a surface;

(b)     for each of a plurality of said single-stranded nucleic acid templates, determining the identity of nucleotides at detection positions in the nucleic acid template in multiple cycles of a sequencing-by-extension reaction, comprising:

i)     binding a complementary nucleotide to a nucleotide at a detection position,

ii)     detecting, at the position on the surface occupied by the nucleic acid template, the presence or absence of fluorescent signal(s) associated with the complementary nucleotide; wherein

1)     detecting a first fluorescent signal and not a second fluorescent signal at the position identifies the complementary nucleotide as a nucleotide selected from A, T, G and C;

2)     detecting the second fluorescent signal and not the first fluorescent signal at the position identifies the complementary nucleotide as a nucleotide selected from A, T, G and C that is different from the nucleotide selected in (1);

3)      detecting both the first fluorescent signal and the second fluorescent signal at the position identifies the complementary nucleotide as a nucleotide selected from A, T, G and C that is different from nucleotides selected in (1) and (2); and

4)      detecting neither the first fluorescent signal nor the second fluorescent signal at the position identifies the complementary nucleotide as a nucleotide selected from A, T, G and C that is different from the nucleotides selected in (1), (2) and (3);

iii)     deducing the identity of the nucleotide at the detection position in the nucleic acid template based on the identity of the complementary nucleotide.

i.      **"A method for determining identities of nucleotides at detection positions of a plurality of different nucleic acid templates by performing sequencing-by-extension reactions, the method comprising:"**

34.     "Sequencing-by-extension" is also known in the art as "sequencing-by-synthesis" or "SBS." *See* Ex. A at 26:44-45.

35.     According to Illumina's website, "[a]ll Illumina sequencing systems use our proven sequencing by synthesis (SBS) technology." Ex. B at 1.  The NovaSeq$^{TM}$ 6000 Sequencing System brochure confirms that the NovaSeq 6000 relies on SBS:

> The NovaSeq 6000 System represents the most powerful, simple, scalable, and reliable high-throughput Illumina sequencing platform to date, producing outstanding data quality.  ***The instrument relies on proven Illumina sequencing by synthesis (SBS) chemistry***.  This proprietary reversible terminator–based method enables the massively parallel sequencing of billions of DNA fragments, ***detecting single bases as they are incorporated into growing DNA strands***.

Ex. L (NovaSeq$^{TM}$ 6000 Sequencing System Brochure,

https://www.illumina.com/content/dam/illumina-

marketing/documents/products/datasheets/novaseq-6000-system-specification-sheet-770-2016-

025.pdf) at 2.  The NovaSeq 6000 is designed to sequence nucleotides using sequencing-by-

synthesis, during which nucleotides are detected one-by-one after each nucleotide is incorporated

into a growing nucleic acid strand.  This process occurs on a plurality of growing nucleic acid

strands, each of which is bound to a nucleic acid template.  The NovaSeq 6000 performs SBS

10

when used in conjunction with Illumina's Library Preparation Kits and Sequencing Kits (for

example, the "TruSeq™ DNA PCR-Free" and the "TruSeq™ DNA Nano" library preparation

kits and the "NovaSeq 6000 Reagent Kits").  Therefore, use of the NovaSeq 6000 determines the

identities of nucleotides at detection positions of a plurality of different nucleic acid templates.

        ii.    **"(a) providing an array comprising single-stranded nucleic acid templates disposed at positions on a surface"**

36.    Use of the NovaSeq 6000 system requires a flow cell (*i.e.*, the SP, S1, S2, and S4

flow cells that are part of the NovaSeq Sequencing Kits) that comprises a surface upon which

single-stranded nucleic acid templates are disposed at positions on the surface.

37.    Illumina's NovaSeq System Guide describes the arrays formed on the NovaSeq

flow cells:

> The NovaSeq 6000 flow cell is a patterned flow cell encased in a cartridge.  ***The flow cell is a glass-based substrate containing billions of nanowells*** in an ordered arrangement, which increases the number of output reads and sequencing data.  ***Clusters are generated in the nanowells from which sequencing is then performed.***

Ex. M (NovaSeq 6000 Sequencing System Guide,

http://jp.support.illumina.com/content/dam/illumina-

support/documents/documentation/system_documentation/novaseq/novaseq-6000-system-guide-

1000000019358-09.pdf) at 12 (emphasis added).  A flow cell that has been prepared using

Illumina sample preparation and sequencing kits comprises single stranded nucleic acid

templates disposed on a surface.  The single-stranded nucleic acid templates are replicated in

"clusters," which are localized areas in which multiple copies of the same nucleic acid template

are fixed to the surface of the flow cell.  *See* Ex. N (Introduction to Next Generation Sequencing

Technology,

https://www.illumina.com/documents/products/illumina_sequencing_introduction.pdf) (defining

11

"clusters" as "[a] clonal grouping of template DNA bound to the surface of a flow cell") at 14.

38.     The NovaSeq System Explorer Video, available on Illumina's website, depicts a cluster located inside a nanowell, in which many identical single-stranded nucleic acid molecules are bound to the surface of the nanowell:



Ex. O (Excerpts of NovaSeq System Explorer Video,

https://www.illumina.com/systems/sequencing-platforms/novaseq/system-explorer.html); *see also* Ex. P (NovaSeq VR| Experience a Leap Forward in Technology Video,

https://www.illumina.com/company/video-hub/68oY5APcfJM.html) at 1:54-1:58.

39.     The NovaSeq System Explorer video also depicts the process by which the clusters are generated.  Ex. O; *see also* Ex. P at 1:30-2:00.

40.     After the single-stranded DNA derived from the sample anneals to the surface-bound oligonucleotide, a polymerase generates the surface-bound template strand.  Ex. O; *see also* Ex. P at 1:35-1:40.  The sample strand is then dissociated from the template and washed away.  *Id.*

41.     Next, a bridge amplification PCR step generates a second surface-bound strand that is the reverse-complement of the original template strand.  Ex. O; *see also* Ex. P at 1:40-1:55.  This bridge amplification process is repeated over several cycles, thereby generating two

12

sets of surface-bound single-stranded DNA molecules (one forward set and one reverse-complement set).  *Id.*  Finally, one of the sets is cleaved and washed away, leaving only the other set of surface-bound single-stranded DNA (*e.g.*, the forward set), as depicted in the image above.

42.     Thus, use of the NovaSeq 6000 for SBS involves providing an array comprising single-stranded nucleic acid templates disposed on a surface.

> iii.     **"(b) for each of a plurality of said single-stranded nucleic acid templates, determining the identity of nucleotides at detection positions in the nucleic acid template in multiple cycles of a sequencing-by-extension reaction, comprising:"**

43.     Illumina has described how the NovaSeq 6000 "relies on proven Illumina sequencing by synthesis (SBS) chemistry" and sequences "billions of DNA fragments [by] detecting single bases as they are incorporated into growing DNA strands."  Ex. L at 2.

44.     Illumina's NovaSeq System Explorer Video depicts multiple cycles of SBS reactions being used to determine the identity of nucleotides on a plurality of single-stranded nucleotide templates:

13



Ex. O; *see also* Ex. P at 2:05-2:08.

45.     Thus, the NovaSeq 6000 System sequences a plurality of single-stranded nucleic acid templates by determining the identity of nucleotides at each detection position during multiple cycles of an SBS reaction.

### iv.     "i) binding a complementary nucleotide to a nucleotide at a detection position,"

46.     Each SBS reaction cycle on the NovaSeq 6000 comprises a step of binding a complementary nucleotide to a nucleotide at a detection position.

47.     Illumina's NovaSeq System Explorer Video depicts the SBS reaction cycle, and shows a labeled Thymine (T) bound to its complementary Adenine (A) nucleotide at a detection position:



Ex. O (annotated with arrow); *see also* Ex. P at 2:00-2:05.

48.     The NovaSeq 6000 Sequencing System brochure describes the NovaSeq's sequencing method as "detecting single bases as they are incorporated into growing DNA strands."  Ex. L at 2.

49.     The NovaSeq 6000 detects incorporation of single bases by detecting the presence or absence of fluorescent signal(s) that are associated with the identity of the complementary nucleotide that was incorporated.  Ex. M at 68 ("Intensities for each cluster are extracted from the red and green images and compared against each other, which results in four distinct populations.  Each population corresponds to a base.").

50.     For example, the NovaSeq System Explorer video depicts excitation of a green fluorescent label attached to Thymine molecules:



Ex. O (annotated with arrow); *see also* Ex. P at 2:00-2:05.  In the above example, the Thymine

binds preferentially to the Adenine, such that the signal(s) detected by the NovaSeq 6000 result

in identification of the Thymine that was incorporated and its complementary Adenine

nucleotide.

> **v.**  **"ii) detecting, at the position on the surface occupied by the nucleic acid template, the presence or absence of fluorescent signal(s) associated with the complementary nucleotide; wherein . . ."**

51.     Illumina's website indicates that the NovaSeq 6000 utilizes a method known as

"two-channel sequencing."  Ex. B.  On information and belief, during "two-channel sequencing,"

the identity of each nucleotide is deduced from two signals.  *Id*. ("The 2-channel SBS method

requires only 2 images per cycle, instead of 4[.]").  On information and belief, the NovaSeq 6000

detects two wavelength ranges, one for green light and one for red light.  On information and

belief, light within these two ranges of wavelength are the two signals detected by the NovaSeq

6000.  The "NovaSeq 6000 Sequencing System Guide" explains in detail how the NovaSeq 6000

deduces the identity of nucleotides using two signals:

> Base calling determines a base (A, C, G, or T) for every cluster of
> a given tile at a specific cycle.  ***The NovaSeq 6000 Sequencing
> System uses two-channel sequencing, which requires only two
> images to encode the data for four DNA bases, one from the red
> channel and one from the green channel***.  A no call is identified

> as N.  No calls occur when a cluster does not pass filter,
> registration fails, or a cluster is shifted off the image.  ***Intensities
> for each cluster are extracted from the red and green images and
> compared against each other, which results in four distinct
> populations.  Each population corresponds to a base***.  The base
> calling process determines which population each cluster belongs
> to.

Ex. M at 68 (emphasis added).  The NovaSeq System Guide further explains that "[t]he NovaSeq

6000 uses one camera with bidirectional scanning technology to quickly image the flow cell in

***two color channels simultaneously***."  *Id*. at 1 (emphasis added).

52.    The NovaSeq System detects two fluorescent signals (red and green) to determine

the identity of the complementary nucleotides during sequencing.

53.    Table 22 of the NovaSeq 6000 Sequencing System Guide depicts how the

NovaSeq 6000 determines nucleotide identity based on the two signals detected by the

instrument:

Table 22  Base Calls in 2-Channel Sequencing

| Base | Red Channel | Green Channel | Result |
|------|-------------|---------------|--------|
| A | 1 (on) | 1 (on) | Clusters that show intensity in both the red and green channels. |
| C | 1 (on) | 0 (off) | Clusters that show intensity in the red channel only. |
| G | 0 (off) | 0 (off) | Clusters that show no intensity at a known cluster location. |
| T | 0 (off) | 1 (on) | Clusters that show intensity in the green channel only. |

*Id*. at 68 (Table 22).

> vi.    **"1) detecting a first fluorescent signal and not a second
> fluorescent signal at the position identifies the
> complementary nucleotide as a nucleotide selected from
> A, T, G and C;"**

54.    As shown in Table 22 of the NovaSeq 6000 Sequencing System Guide, when the

NovaSeq 6000 detects the red signal but not the green signal (*i.e.*, the "Red Channel" is "1 (on)"

but the "Green Channel" is "0 (off)"), the base will be identified as "C" for Cytosine.

> vii.    **"2) detecting the second fluorescent signal and not the
> first fluorescent signal at the position identifies the
> complementary nucleotide as a nucleotide selected from**

17

**A, T, G and C that is different from the nucleotide selected in (1);"**

55.     As shown in Table 22 of the NovaSeq 6000 Sequencing System Guide, when the NovaSeq 6000 detects the green signal but not the red signal (*i.e.*, the "Green Channel" is "1 (on)" but the "Red Channel" is "0 (off)"), the base will be identified as "T" for Thymine.

> viii.   **"3) detecting both the first fluorescent signal and the second fluorescent signal at the position identifies the complementary nucleotide as a nucleotide selected from A, T, G and C that is different from nucleotides selected in (1) and (2); and"**

56.     As shown in Table 22 of the NovaSeq 6000 Sequencing System Guide, when the NovaSeq 6000 detects both the red signal and the green signals (*i.e.*, both the "Red Channel" and "Green Channel" are "1 (on)"), the base will be identified as "A" for Adenine.

> ix.   **"4) detecting neither the first fluorescent signal nor the second fluorescent signal at the position identifies the complementary nucleotide as a nucleotide selected from A, T, G and C that is different from the nucleotides selected in (1), (2) and (3);"**

57.     As shown in Table 22 of the NovaSeq 6000 Sequencing System Guide, when the NovaSeq 6000 detects neither a red nor green signal (*i.e.*, both the "Green Channel" and the "Green Channel" are "0 (off)"), the base will be identified as "G" for Guanine.

> x.   **"iii) deducing the identity of the nucleotide at the detection position in the nucleic acid template based on the identity of the complementary nucleotide."**

58.      Illumina's "two-channel" sequencing systems, such as the NovaSeq 6000, deduce the identity of the nucleotide at the detection position of the template strand based on the signal detected from excitation of the fluorophore bound to the complementary molecule.

59.     By way of background, in the genome, DNA is a double-stranded molecule made of up to four different nucleotides: Adenine (A), Thymine (T), Cytosine (C), and Guanine (G). The nucleotides naturally bind in the following sets of complementary nucleotides: A to T and C

18

to G.  This complementarity is integral to the proper functioning of Illumina's sequencers, which rely on the tendency for nucleotides to bind specifically and selectively with their complement. *See* Ex. N at 4 ("As all four reversible terminator-bound dNTPs are present during each sequencing cycle, natural competition minimizes incorporation bias and greatly reduces raw error rates[.]").

60.     Because the nucleotides necessarily bind in complementary pairs, the determination of the identity of the incorporated nucleotide also results in the deduction of the complementary nucleotide in the template strand.

61.     On information and belief, Illumina's "two-channel" sequencing systems, such as the NovaSeq 6000, also explicitly deduce the identity of the nucleotides at the detection positions based on the identity of the incorporated nucleotides in order to align the sequences.

62.     This is necessary because approximately half of the sequenced single-stranded templates will have been derived from the forward strand of the original double-stranded DNA sample, and the other half will have been derived from the reverse strand.  Sequences from templates derived from one of these strands (*e.g.*, the reverse strand) will not align to the reference genome.  Thus, in order to align the sequencing data, the reverse-complement of the incorporated strand's sequence must be deduced so that both orientations are considered during alignment with the sequences of the other templates or to a reference genome.

63.     For example, as depicted in Illumina's TruSeq DNA Nano brochure, the sample preparation process appends an adapter to both strands of the sample DNA:

19



Ex. Q (TruSeq<sup>TM</sup> DNA Nano, https://www.illumina.com/content/dam/illumina-marketing/documents/products/datasheets/datasheet_truseq_nano_dna_sample_prep_kit.pdf) at 2.  Therefore, approximately half of the surface-bound template fragments will be derived from the forward strand of the sample DNA and the other half of the surface-bound template fragments will be derived from the reverse strand.

      64.     On information and belief, the user aligns the sequence fragments to a single-stranded reference genome through applications made available by Illumina, during the normal and intended use of the NovaSeq 6000.  This process is depicted in the following excerpt from Illumina's "Introduction to Next Generation Sequencing" brochure:



Ex. N at 5.  During sequencing, only half of the sequences generated (*e.g.*, those derived from forward strand fragments) will align directly to the single-stranded reference genome; the remaining sequences (*e.g.*, those derived from reverse strand fragments) will necessarily be in the reverse-complement orientation.  Therefore, roughly 50% of the sequences generated during the operation of the NovaSeq 6000 necessarily have to be converted to their reverse-complement before they can be aligned to this reference genome.  During this process, the system deduces the identity of the nucleotides in the template strand from which the sequence was derived.

65.   Furthermore, when the NovaSeq 6000 is used for paired-end sequencing, such use necessarily involves performing this step, regardless of the orientation of the original sample strand.

66.   The Illumina Indexed Sequencing Guide depicts the protocol run by the NovaSeq 6000 when running a single-index paired-end read.  As demonstrated in the Figure below, this

process entails two "Reads" in which an unknown target sequence and its reverse-complement are sequenced using sequencing by synthesis.



Figure 1   Single-Indexed Sequencing

1   **Read 1**—Read 1 follows the standard Read 1 sequencing protocol using SBS reagents. The Read 1 sequencing primer is annealed to the template strand during the cluster generation step.

2   **Index Read preparation**—The Read 1 product is removed and the Index 1 (i7) sequencing primer is annealed to the same template strand, producing the Index 1 (i7) Read.

3   **Index 1 (i7) Read**—Following Index Read preparation, the Index 1 (i7) Read is performed. The read length depends on the system and run parameters.

4   **Read 2 resynthesis**—The Index Read product is removed and the original template strand is used to regenerate the complementary strand. Then, the original template strand is removed to allow hybridization of the Read 2 sequencing primer.

5   **Read 2**—Read 2 follows the standard paired-end sequencing protocol using SBS reagents.

Ex. R (Indexed Sequencing Guide, https://www.illumina.com/content/dam/illumina-marketing/documents/products/illumina_sequencing_introduction.pdf) at 3.  The Indexed Sequencing Guide states that this "single-indexed sequencing workflow applies to all Illumina sequencing platforms."  *Id*.  As shown above, the "the original template strand" (*i.e.*, the "DNA insert" used for Read 1 will be "used to regenerate the complementary strand," which is then used for Read 2.

67.     Thus, to utilize the sequencing data from both reads (*e.g.*, to compare them both

to a reference sequence), the reverse-complement of one of the reads must be deduced, as recited in Claim 1.

68.     The Figure below, obtained from Illumina's website, depicts the alignment of paired-end reads to the same reference genome.



Ex. S (Paired-End Sequencing, https://www.illumina.com/science/technology/next-generation-sequencing/paired-end-vs-single-read-sequencing.html).  As described above, the sequences of at least one of "Read 1" and "Read 2" were taken from a complementary template strand.  This is depicted in the figure above, which shows Read 1 and Read 2 oriented in an antiparallel directions.  *See id.*  When both reads are aligned to the same reference sequence, as shown in the Figure above, at least one of these sequences must be converted to the reverse-complement, thereby deducing the identity of the nucleotides on the template sequence.

69.     A similar process is performed during dual-index sequencing, which also necessarily performs this step of deducing the identity of a nucleotide in the template strand. Dual-index sequencing on the NovaSeq 6000 follows what Illumina describes as "Workflow A." Ex. R at 4 ("Dual-index sequencing on a paired-end flow cell follows one of two workflows, depending on the system: Workflow A is performed on the NovaSeq™ 6000[.]").  Like the single-index read, "Workflow A" requires two reads, one of which utilizes the "original template strand" and the other utilizes the "complementary strand."  *Id.* at 5.  Thus, during a dual-index

read on a NovaSeq 6000, the reverse-complement of one of the sequences must be deduced, as recited in Claim 1.

70.     On information and belief, most researchers currently use the paired-end approach.  *See* Ex. N at 5.

71.     As noted above, NovaSeq users align the sequences to the reference genome using applications provided by Illumina, such as those offered on Illumina's BioSpace Sequencing Hub.  According to Illumina's website, "***BaseSpace Sequence Hub is a direct extension of your Illumina instruments***.  Encrypted data flow from the instrument into BaseSpace Sequence Hub, enabling you to manage and analyze your data easily with a curated set of analysis apps."  Ex. T (BaseSpace Sequence Hub, https://www.illumina.com/products/by-type/informatics-products/basespace-sequence-hub.html).  As described in the "NovaSeq$^{TM}$ 6000 Sequencing System" brochure, "[d]ata from the NovaSeq 6000 System can be streamed into BaseSpace Sequence Hub, a user-friendly genomics cloud computing platform optimized for processing large data volumes."  Ex. L at 3.

72.     Many of the applications available on the BaseSpace Sequencing Hub are specifically designed for aligning sequences to reference genomes.  For example, the Burrows-Wheeler Aligner application (marketed as the "BWA Aligner") "aligns samples (consisting of FASTQ files) using the BWA-MEM aligner to a reference genome[.]"  Ex. U (BWA Aligner, https://www.illumina.com/products/by-type/informatics-products/basespace-sequence-hub/apps/bwa-aligner.html).  In addition, BaseSpace Sequencing Hub offers many other applications that perform sequence alignment, such as, for example, the BWA Enrichment, Enrichment, Whole Genome Sequencing, TruSeq® Amplicon, TruSight Tumor 15, Amplicon DS, and Novoalign Generic DNA Pipeline applications.  *See, e.g.*, Ex. V (BaseSpace Quick

24

Guide, https://www.illumina.com/content/dam/illumina-marketing/documents/applications/basespace/basespace-handout-sequence-hub-apps-quick-guide-web.pdf).

73.     Moreover, Illumina makes and sells the "BaseSpace Onsite Sequence Hub," which is "a local version of BaseSpace Sequence Hub that offers a secure data storage and computing solution that does not require an internet connection."  Ex. W (BaseSpace Onsite, https://www.illumina.com/content/dam/illumina-marketing/documents/products/datasheets/datasheet-basespace-onsite.pdf) at 1.  The BaseSpace Onsite Hub allows users to perform analysis, including alignment of sequences to a reference genome, on a local private system.  *See id*.  The BaseSpace Onsite Hub is designed to be compatible with at least the MiniSeq and NextSeq Series systems.  *Id*.

74.     In addition, use of Illumina's "two-channel" sequencing systems, such as the NovaSeq 6000, also facilitates users' output of the base calling data in a FASTQ format in the form of the "reverse-complement," *i.e.*, by deducing and exporting the identity of the nucleotides of the template strand based on the detection of the nucleotide on the complementary molecule. *See, e.g.*, Ex. X (Local Run Manager, Generate FASTQ Analysis Module, Workflow Guide, https://support.illumina.com/content/dam/illumina-support/documents/documentation/software_documentation/local-run-manager/local-run-manager-generate-fastq-workflow-guide-100000003344-02.pdf) at 4.

75.     Thus, for at least the preceding reasons, the identity of the complementary nucleotide is deduced based on the identity of the labeled nucleotides during the normal and intended use of the NovaSeq 6000.

**b.     Infringement of Claim 2 of the '132 Patent**

76.     Claim 2 of the '132 Patent recites "The method of claim 1 wherein the nucleic acid templates comprise adaptors."

77.     The NovaSeq[TM] 6000 Sequencing System brochure states that "[t]he NovaSeq 6000 System is compatible with various Illumina library preparation kits, supporting a wide range of methods, from expression profiling to WGS and beyond." Ex. L at 2.

78.     Table 2 of the NovaSeq 6000 brochure identifies Illumina sample preparation kits that are available for common sequencing methods:

Table 2: Examples of common sequencing methods

| Whole-genome sequencing |
| --- |
| TruSeq™ DNA PCR-Free[a] |
| Nextera™ DNA Flex[a] |
| IDT for Illumina-TruSeq DNA UD Indexes (24 indexes, 96 samples)[b,c] |
| IDT for Illumina-TruSeq DNA UD Indexes (96 indexes, 96 samples)[b,c] |
| Targeted resequencing |
| Nextera Flex for Enrichment + Illumina Exome Panel |
| TruSeq Workflow with IDT Enrichment and Exome[b] |
| Nextera Workflow with IDT Enrichment and Exome[b] |
| TruSeq RNA Exome Enrichment[a] |
| RNA sequencing |
| TruSeq Stranded Total RNA[a] |
| TruSeq Stranded mRNA[a] |
| IDT for Illumina-TruSeq RNA UD Indexes (24 indexes, 96 samples)[b,c] |
| IDT for Illumina-TruSeq RNA UD Indexes (96 indexes, 96 samples)[b,c] |
| Methylation sequencing |
| TruSeq Methyl Capture EPIC |

Library prep methods listed are only examples of those available for use with the NovaSeq 6000 System. For a complete list, visit www.illumina.com.

a.  An Illumina Qualified Method is available
b.  IDT = Integrated DNA Technologies
c.  UD Indexes = Unique Dual Indexes

Ex. L at 3.

79.     By way of example only, Table 2 of the NovaSeq 6000 Brochure suggests using Illumina's "TruSeq DNA PCR-Free" and "Nextera DNA Flex" sample preparation kits for "whole-genome sequencing."  The Brochure further states that for these sample preparation kits,

"An Illumina Qualified Method is available."  Ex. L at 3.  The use of these and all other sample preparation kits in combination with the NovaSeq 6000 appends adaptors to sample DNA and therefore results in cluster generation of nucleic acid templates comprising adapters.  *See also supra*, Paragraph 63.

80.    The "Illumina Sequencing Technology" video states that "[t]here are a number of different ways to prepare samples.  ***All preparation methods add adaptors to the ends of the DNA fragments.***"  Ex. Y (Excerpts of Illumina Sequencing by Synthesis Video, https://www.illumina.com/company/video-hub/fCd6B5HRaZ8.html) at 0:22-:034.  Thus, the use of Illumina sample preparation kits (such as the TruSeq DNA PCR-Free and Nextera DNA Flex sample preparation kits) results in nucleic acid templates that comprise adaptors.

### c.    Infringement of Claim 3 of the '132 Patent

81.    Claim 3 of the '132 Patent recites: "The method of claim 2 wherein the nucleic acid templates are formed from a plurality of genomic fragments."

82.    Illumina provides "optimized kits" for certain sequencing methods on the NovaSeq, including whole genome sequencing ("WGS"), as shown below:

### Methods for the NovaSeq System

| Method | Recommended read length | Optimized kits |
|---|---|---|
| Genome | | |
| WGS (large genomes) | 2 x -150 bp | TruSeq DNA PCR-Free Library Prep Kit |
| | | TruSeq Nano DNA Library Prep Kit |
| | | Nextera DNA Library Prep Kit |
| | | Nextera Mate Pair Library Prep Kit |
| WGS (small genomes) | 2 x -150 bp | Nextera XT DNA Library Prep Kit |
| | | Nextera Mate Pair Library Prep Kit |
| Exome sequencing | 2 x -100 bp | TruSeq Rapid Exome Library Prep Kit |
| | | TruSeq Exome Library Prep Kit |
| Cancer research sequencing panels | 2 x 150 bp | TruSight Tumor 170 |
| | | TruSight Cancer Sequencing Panel |
| | 2 x 75 bp | TruSight RNA Fusion |
| | | TruSight Pan RNA Sequencing Panel |
| Genetic conditions sequencing panels | 2 x 150 bp | TruSight One Sequencing Panel |
| | | TruSight One Expanded Sequencing Panel |
| | | TruSight Cardio Sequencing Panel |
| Metagenomics | 2 x 150 bp | TruSeq DNA PCR-Free Library Prep Kit |
| | | TruSeq DNA Nano Library Prep Kit |
| | | Nextera DNA Library Prep Kit |
| | | Nextera XT DNA Library Prep Kit |
| Custom sequencing | 2 x 75 bp | Nextera Rapid Capture Custom Enrichment Kit |

Ex. Z (Illumina Methods Guide, https://genlabperu.com/wp-content/uploads/2018/08/methods-guide-770-2014-018-.pdf) at 119 (annotated).

83.     By way of example only, when the optimized kits listed above are used to prepare a sample for whole genome sequencing on the NovaSeq system, the nucleic acid templates will be "formed from a plurality of genomic fragments," as recited in Claim 3.

### d.     Infringement of Claim 4 of the '132 Patent

84.     Claim 4 of the '132 Patent recites "The method of claim 3 wherein the genomic fragments are human genomic DNA."

85.     Illumina provides qualified methods for human whole genome sequencing on its two-channel sequencing systems, such as the NovaSeq 6000 system.

86.     For example, Illumina's "application note," titled "Human Whole-Genome Sequencing with the NovaSeq 6000 Sequencing System," states that "the NovaSeq 6000 System

delivers the highest daily throughput and exceptional data quality for ***human whole-genome sequencing***." Ex. AA at 1 (Human WGS with the NovaSeq 6000,

https://www.illumina.com/content/dam/illumina-

marketing/documents/products/appnotes/novaseq-wgs-app-note-770-2017-015.pdf) (emphasis

added).  The application note specifically advertises the advantages of WGS using the NovaSeq

6000, stating that "***human WGS*** can now be completed easily in a more cost-effective manner."

*Id*. at 2.

87.    For example, when the NovaSeq 6000 system is used for sequencing of human

DNA (such as, for example, human WGS), the nucleic acid templates that are sequenced are

formed from a plurality of fragments of human genomic DNA, as recited in Claim 4 of the '132

Patent.

### B.   Indirect Infringement of the Claims 1-4 of the '132 Patent

88.    Illumina has and continues to induce infringement by their customers pursuant to

35 U.S.C. § 271(b).  Illumina's customers directly infringe at least claims 1-4 the '132 patent

when they use Illumina's two-channel sequencing systems, in combination with the

recommended Illumina's sample preparation and sequencing kits.  Illumina actively induces

infringement by its customers by selling the NovaSeq 6000, its sample preparation kits and

sequencing kits for use in a manner that infringes at least claims 1-4 of the '132 patent,

instructing its customers to use these products together in an infringing manner and providing

qualification of the infringing methods, and by providing marketing materials, user guides,

technical literature, and bioinformatics software applications to support its customers' infringing

use.

89.    On information and belief, Illumina has had knowledge of the '132 patent since at

least December 29, 2015 (the issue date of the '132 patent) or shortly thereafter.  U.S. Published Patent Application No. 2014/037821 A1, which eventually issued as the '132 patent, was repeatedly cited during prosecution of Illumina's patent application No. 13/624,200.  In particular, the '821 published application was cited on November 4, 2015—less than two months before the issuance of the '132 Patent—and was substantively discussed by Illumina in subsequent responses to rejections by the Patent Office.  At the very least, service of this complaint provides Illumina with notice the '132 patent.

90.     On information and belief, Illumina acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' underlying infringement of the '132 patent.

91.     On information and belief, Defendants have and continue to contribute to infringement by their customers pursuant to 35 U.S.C. § 271(c).  Illumina contributes to its customers' direct infringement by offering to sell, selling within the United States, or importing into the United States "two-channel" sequencing systems, sample preparation kits, and sequencing kits that are specially designed and optimized for use in practicing claims 1-4 of the '132 patent.  Illumina sells these products with the specific intent that their customers use them in a manner that infringes at least claims 1-4 of the '132 patent, and provides qualified methods and instructions directing their customers to perform infringing methods.

92.     On information and belief, at least some of these systems and related kits, such as the sample preparation kits designed for whole genome sequencing on the NovaSeq 6000 system, do not have a substantial non-infringing use with respect to claims 1-4.  Illumina sells these reagent kits to be exclusively compatible with one sequencer series (*e.g.*, NovaSeq 6000, NextSeq 500/550 Series, and MiniSeq).  These highly specialized products are not staple articles

30

of commerce; they are specifically designed to be used in a manner that infringes the '132 patent. On information and belief, Illumina acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' infringement of the '132 patent.

93.     On information and belief, Illumina's infringement of the '132 patent has been willful and deliberate since learning of the issuance of the '132 patent.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 9,222,132

94.     CGI hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 93 as if fully set forth herein.

95.     Illumina and its customers have directly infringed and continue to directly infringe at least claims 1-4 of the '132 patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by using "two-channel" sequencing systems (such as the NovaSeq 6000) in combination with sample preparation kits, and sequencing kits within the United States. Specifically, Illumina has used the accused methods in the United States in connection with research, development, installation, testing, and qualification activities.  Illumina's customers have used the accused methods in the United States in connection with at least DNA sequencing activities.

96.     On information and belief, Illumina has had knowledge of the '132 patent since at least December 29, 2015 (the issue date of the '132 patent) or shortly thereafter.

97.     U.S. Published Patent Application No. 2014/037821 A1, which eventually issued as the '132 patent, was repeatedly cited during prosecution of Illumina's patent application No. 13/624,200.  In particular, the '821 published application was cited on November 4, 2015—less than two months before the issuance of the '132 Patent—and was substantively discussed by Illumina in subsequent responses to rejections by the Patent Office.

98.     On information and belief, with knowledge of the '132 patent, Illumina has and will continue to actively induce others to infringe at least claims 1-4 of the '132 patent in violation of 35 U.S.C. §271(b) by, at least, causing, instructing, urging, encouraging, and/or aiding others to directly infringe at least claims 1-4 of the '132 patent by using Illumina's "two-channel" sequencing systems, sample preparation kits, and sequencing kits to perform the claimed methods, as detailed in Paragraphs 1 to 93, above.

99.     On information and belief, Illumina acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' underlying infringement of the '132 patent.

100.     Illumina is liable for contributory infringement of the '132 patent pursuant to 35 U.S.C. § 271(c).  Specifically, Illumina has contributed to the infringement by its customers of the '132 patent by selling and offering to sell within the United States "two-channel" sequencing systems, sample preparation kits, and sequencing kits for practicing the claimed invention of the '132 patent, including at least the NovaSeq 6000, the NextSeq, and the MiniSeq Systems, as well as their compatible sample preparation kits and sequencing kits, as described in paragraphs 1 to 93, above.  The aforementioned products, which are designed, supplied and supported by Illumina, constitute a material part of the claimed invention of the '132 patent and they are not a staple article or commodity of commerce suitable for substantial noninfringing use.

101.     On information and belief, Illumina's infringement of the '132 patent has been willful and deliberate since learning of the issuance of the '132 patent.

102.     Illumina's infringement of the '132 patent has injured CGI in its business and property rights.  CGI is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. § 284 in an amount to be determined at trial.

103.    Illumina's infringement of the '132 patent has caused irreparable harm to CGI and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## INFRINGEMENT OF THE '473 PATENT

### A.  Direct Infringement of the '473 Patent

104.    CGI hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 93 as if fully set forth herein.

### 1.    Infringement Analysis for Claims 1-3 and 5 of the '473 Patent

105.    Illumina's and its customers' prior and continued use in the United States of Illumina's "two channel" sequencing systems (*e.g.*, the NovaSeq 6000, NextSeq Series, and MiniSeq systems) in combination with Illumina's "Library Preparation Kits" and "Cluster Generation and Sequencing Kits" constitutes direct infringement pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, of at least claims 1-3 and 5 of the '473 patent.

106.    By way of example only, direct infringement of at least claims 1-3 and 5 of the '473 patent by Illumina and its customers through use of the NovaSeq 6000 in combination with Illumina's "TruSeq™ DNA PCR-Free" or "TruSeq™ DNA Nano" library preparation kits and the NovaSeq 6000 Reagent Kits is detailed below.

107.    Illumina's "TruSeq™ DNA PCR-Free" and "TruSeq™ DNA Nano" kits are also marketed by Illumina for use with the NextSeq Series and MiniSeq systems, and function in the same manner as described below when used with these systems.

108.    Moreover, the following infringement analysis of the use of the NovaSeq 6000 system with the "TruSeq™ DNA PCR-Free" or "TruSeq™ DNA Nano" and the NovaSeq Sequencing Kits is also representative of the use of the NovaSeq 6000 system, the NextSeq

Series systems, and the MiniSeq system, in conjunction with all of their respective "Library

Preparation Kits" and "Cluster Generation and Sequencing Kits," as described below.

109.    Use of the NovaSeq Sequencing Kits by Illumina, or its customers, when used in

their normal and intended manner in conjunction with the NovaSeq 6000 system and the

NovaSeq DNA Prep Kits constitutes infringement of at least claims 1-3 and 5 of the '473 patent.

110.    Use of the NextSeq Reagent Kits by Illumina, or its customers, when used in their

normal and intended manner in conjunction with the NextSeq Series systems and the NextSeq

DNA Prep Kits constitutes infringement of at least claims 1-3 and 5 of the '473 patent.

111.    Use of the MiniSeq Reagent Kits by Illumina, or its customers, when used in their

normal and intended manner in conjunction with the MiniSeq system and the MiniSeq DNA

Prep Kits constitutes infringement of at least claims 1-3 and 5 of the '473 patent.

### a.    Infringement of Claim 1 of the '473 Patent

112.    Claim 1 of the '473 patent recites:

1.    A sequencing method for determining nucleotide sequences from a plurality of
different polynucleotide templates, said different polynucleotide templates having
different polynucleotide template sequences, comprising:

(a)    providing a nucleic acid array comprising the plurality of different
polynucleotide templates disposed at a plurality of spatially discrete sites on a
surface, wherein each of the plurality of spatially discrete sites comprise a
plurality of copies of one polynucleotide template of the plurality of different
polynucleotide templates;

(b)    annealing oligonucleotide primers to primer binding sites of the plurality
of different polynucleotide templates disposed at the plurality of spatially discrete
sites, thereby producing annealed oligonucleotide primers at each of the plurality
of spatially discrete sites;

(c)    after step (b),
(1)    extending the annealed oligonucleotide primers at each of the
individual spatially discrete sites by a sequencing-by-extension reaction in
which each of the plurality of spatially discrete sites on the nucleic acid
array are contacted with a pool of nucleotides and said pool of nucleotides
comprises

34

(i)      a first nucleotide comprising a first fluorescent dye that emits light detectable at a first wavelength,

(ii)      a second nucleotide comprising a second fluorescent dye that emits light detectable at a second wavelength,

(iii)      a third nucleotide, wherein the third nucleotide comprises a first type of the third nucleotide that comprises a fluorescent dye that emits light detectable at the first wavelength and a second type of the third nucleotide that comprises a fluorescent dye that emits light detectable at the second wavelength,

> wherein the first nucleotide and the first type of the third nucleotide have different fluorescent intensities at the first wavelength when the first fluorescent dye of the first nucleotide and the fluorescent dye of the first type of the third nucleotide are excited, and the second nucleotide and the second type of the third nucleotide have different fluorescent intensities at the second wavelength when the second fluorescent dye of the second nucleotide and the fluorescent dye of the second type of the third nucleotide are excited, and

(iv)      a fourth nucleotide that does not comprise a fluorescent dye;

> wherein the first nucleotide, second nucleotide, third nucleotide and fourth nucleotide are different from each other and comprise different nucleotide bases selected from adenosine, guanine, thymidine and cytosine,
>
> wherein the first wavelength and the second wavelength are different and wherein said extending the annealed oligonucleotide primers at each of the plurality of spatially discrete sites comprises incorporating one of the first nucleotide, the second nucleotide, the third nucleotide, or the fourth nucleotide to the annealed oligonucleotide primers, thereby producing extended primers at each of the plurality of spatially discrete sites, and then

(2)      illuminating each of the plurality of the spatially discrete sites on the nucleic acid array;

(3)      measuring the intensity of a fluorescence signal at the first wavelength and the intensity of a fluorescence signal at the second wavelength at each of the plurality of spatially discrete sites to determine which of the first nucleotide, the second nucleotide the third nucleotide and the fourth nucleotide is incorporated into the extended primers at each of the plurality of spatially discrete sites wherein,

> (i)      detecting a fluorescent signal at the first wavelength and not detecting a fluorescent signal at the second wavelength at a first portion of the plurality of spatially discrete sites indicates that the first nucleotide is incorporated into the extended primers at the first portion of the plurality of spatially discrete sites;

35

(ii)      detecting a fluorescent signal at the second wavelength and not detecting a fluorescent signal at the first wavelength at a second portion of the plurality of spatially discrete sites indicates that the second nucleotide is incorporated into the extended primers at the second portion of the plurality of spatially discrete sites;

(iii)      detecting a fluorescent signal at the first wavelength and detecting a fluorescent signal at the second wavelength at a third portion of the plurality of spatially discrete sites indicate that the third nucleotide is incorporated into the extended primers at the third portion of the plurality of spatially discrete sites, and

(iv)      not detecting a fluorescent signal at either the first wavelength or the second wavelength at fourth portion of the plurality of spatially discrete sites indicates that the fourth nucleotide is incorporated into the extended primers at the fourth portion of the plurality of spatially discrete sites;

(d)      after step (c), carrying out multiple cycles of the sequencing-by-extension reaction, wherein each cycle of the multiple cycles of the sequencing-by-extension reaction is performed by contacting the plurality of spatially discrete sites on the nucleic acid array with the pool of nucleotides, thereby determining the nucleotide sequences from the plurality of different polynucleotide templates.

i.      **1. Preamble: "A sequencing method for determining nucleotide sequences from a plurality of different polynucleotide templates, said different polynucleotide templates having different polynucleotide template sequences, comprising:"**

113.      According to Illumina's website, "[a]ll Illumina sequencing systems use our proven sequencing by synthesis (SBS) technology." Ex. B at 1; *see also* Ex. GG ("Illumina Sequencing by Synthesis" video, https://youtu.be/fCd6B5HRaZ8).

114.      The NovaSeq[TM] 6000 Sequencing System brochure confirms that the NovaSeq 6000 relies on SBS to enable the massively parallel sequencing of billions of DNA fragments:

The NovaSeq 6000 System represents the most powerful, simple, scalable, and reliable high-throughput Illumina sequencing platform to date, producing outstanding data quality.  The instrument relies on proven Illumina sequencing by synthesis (SBS) chemistry.  This proprietary reversible terminator–based method enables the massively parallel sequencing of billions of DNA fragments, detecting single bases as they are incorporated into growing DNA strands.

36

Ex. L (NovaSeq$^{TM}$ 6000 Sequencing System Brochure,

https://www.illumina.com/content/dam/illumina-

marketing/documents/products/datasheets/novaseq-6000-system-specification-sheet-770-2016-

025.pdf) at 2. The NovaSeq 6000 is designed to sequence nucleotides using sequencing-by-

synthesis, during which nucleotides are detected one-by-one after each nucleotide is incorporated

into a growing nucleic acid strand. This process occurs on a plurality of growing nucleic acid

strands, each of which is bound to a nucleic acid template. The NovaSeq 6000 performs SBS

when used in conjunction with Illumina's Library Preparation Kits and Sequencing Kits (for

example, the "TruSeq™ DNA PCR-Free" and the "TruSeq™ DNA Nano" library preparation

kits and the "NovaSeq 6000 Reagent Kits").

115.    Thus, use of the NovaSeq 6000 determines nucleotide sequences from a plurality

of different polynucleotide templates. said different polynucleotide templates having different

polynucleotide template sequences.

> ii.    **"(a) providing a nucleic acid array comprising the plurality of different polynucleotide templates disposed at a plurality of spatially discrete sites on a surface, wherein each of the plurality of spatially discrete sites comprise a plurality of copies of one polynucleotide template of the plurality of different polynucleotide templates;"**

116.    Use of the NovaSeq 6000 system requires a flow cell (*e.g.*, the SP, S1, S2, and S4

flow cells that are part of the NovaSeq Sequencing Kits) that comprises a nucleic acid array

comprising the plurality of different polynucleotide templates disposed at a plurality of spatially

discrete sites on a surface, wherein each of the plurality of spatially discrete sites comprise a

plurality of copies of one polynucleotide template of the plurality of different polynucleotide

templates.

117.    For example, Illumina's NovaSeq System Guide describes the arrays formed on the NovaSeq flow cells:

> The NovaSeq 6000 flow cell is a patterned flow cell encased in a cartridge. ***The flow cell is a glass-based substrate containing billions of nanowells*** in an ordered arrangement, which increases the number of output reads and sequencing data. ***Clusters are generated in the nanowells from which sequencing is then performed.***

Ex. M (NovaSeq 6000 Sequencing System Guide) at 12 (emphasis added). A flow cell that has been prepared using Illumina sample preparation and sequencing kits comprises a plurality of different polynucleotide templates disposed at a plurality of spatially discrete sites on a surface. The plurality of different polynucleotide templates are replicated in "clusters," containing multiple copies of the same nucleic acid template, at spatially discrete sites on the flow cell. *See* Ex. N (Introduction to Next Generation Sequencing Technology, https://www.illumina.com/documents/products/illumina_sequencing_introduction.pdf) at 14 (defining "clusters" as "[a] clonal grouping of template DNA bound to the surface of a flow cell . . . . Each cluster on the flow cell produces a single sequencing read.").

118.    The NovaSeq System Explorer Video, available on Illumina's website, depicts a cluster located inside a nanowell, in which many identical single-stranded nucleic acid molecules are bound to the surface of the nanowell:



Ex. O (Excerpts of NovaSeq System Explorer Video,

https://www.illumina.com/systems/sequencing-platforms/novaseq/system-explorer.html); *see*

*also* Ex. P (NovaSeq VR| Experience a Leap Forward in Technology Video,

https://www.illumina.com/company/video-hub/68oY5APcfJM.html) at 1:54-1:58.

119.    The NovaSeq System Explorer video also depicts the process by which the

clusters are generated.  Ex. O; *see also* Ex. P at 1:30-2:00.  This process is likewise depicted by

the Illumina Sequencing by Synthesis YouTube video.  Ex. GG (https://youtu.be/fCd6B5HRaZ8)

at 1:55-2:00.

120.    After the single-stranded DNA derived from the sample anneals to the surface-

bound oligonucleotide, a polymerase generates the surface-bound template strand.  Ex. O; *see*

*also* Ex. P at 1:35-1:40.  The sample strand is then dissociated from the template and washed

away.  *Id*.

121.    Next, a bridge amplification PCR step generates a second surface-bound strand

that is the reverse-complement of the original template strand.  Ex. O; *see also* Ex. P at 1:40-

1:55.  This bridge amplification process is repeated over several cycles, thereby generating two

sets of surface-bound single-stranded DNA molecules (one forward set and one reverse-

complement set).  *Id.*  Finally, one of the sets is cleaved and washed away, leaving only the other set of surface-bound single-stranded DNA (*e.g.*, the forward set), as depicted in the image above.

122.    Thus, use of the NovaSeq 6000 for SBS comprises providing a nucleic acid array comprising the plurality of different polynucleotide templates disposed at a plurality of spatially discrete sites on a surface, wherein each of the plurality of spatially discrete sites comprise a plurality of copies of one polynucleotide template of the plurality of different polynucleotide templates.

                  **iii.**     **"(b) annealing oligonucleotide primers to primer binding sites of the plurality of different polynucleotide templates disposed at the plurality of spatially discrete sites, thereby producing annealed oligonucleotide primers at each of the plurality of spatially discrete sites;"**

123.    Illumina's SBS technology involves annealing oligonucleotide primers to primer binding sites of the plurality of different polynucleotide templates disposed at the plurality of spatially discrete sites, thereby producing annealed oligonucleotide primers at each of the plurality of spatially discrete sites.

124.    For example, Illumina's NovaSeq System Explorer Video depicts an oligonucleotide primer annealing to primer binding sites on the forward set of the different polynucleotide templates disposed at the plurality of spatially discrete sites:



Ex. O (Excerpts of NovaSeq System Explorer Video,

https://www.illumina.com/systems/sequencing-platforms/novaseq/system-explorer.html); *see*

*also* Ex. P (NovaSeq VR| Experience a Leap Forward in Technology Video,

https://www.illumina.com/company/video-hub/68oY5APcfJM.html) at 2:00-2:04.

125.    The Illumina Sequencing by Synthesis YouTube video similarly depicts this

primer annealing step as part of the sequencing process.  Ex. GG

(https://youtu.be/fCd6B5HRaZ8) at 2:10-2:20.

126.    Thus, use of the NovaSeq 6000 comprises annealing oligonucleotide primers to

primer binding sites of the plurality of different polynucleotide templates disposed at the

plurality of spatially discrete sites, thereby producing annealed oligonucleotide primers at each

of the plurality of spatially discrete sites.

    iv.    **"(c) after step (b), (1) extending the annealed oligonucleotide primers at each of the individual spatially discrete sites by a sequencing-by-extension reaction in which each of the plurality of spatially discrete sites on the nucleic acid array are contacted with a pool of nucleotides and said pool of nucleotides comprises"**

127.    As mentioned above, "sequencing-by-extension" is also known in the art as

41

"sequencing-by-synthesis" or "SBS."  *See* Ex. BB ('473 Patent) at 35:24-25.

128.    According to Illumina's website, "[a]ll Illumina sequencing systems use our proven sequencing by synthesis (SBS) technology." Ex. B at 1.  The NovaSeq$^{TM}$ 6000 Sequencing System brochure confirms that the NovaSeq 6000 relies on SBS:

> The NovaSeq 6000 System represents the most powerful, simple, scalable, and reliable high-throughput Illumina sequencing platform to date, producing outstanding data quality.  ***The instrument relies on proven Illumina sequencing by synthesis (SBS) chemistry***.  This proprietary reversible terminator–based method enables the massively parallel sequencing of billions of DNA fragments, ***detecting single bases as they are incorporated into growing DNA strands***.

Ex. L (NovaSeq$^{TM}$ 6000 Sequencing System Brochure, https://www.illumina.com/content/dam/illumina-marketing/documents/products/datasheets/novaseq-6000-system-specification-sheet-770-2016-025.pdf) at 2.  The NovaSeq 6000 is designed to sequence nucleotides using sequencing-by-synthesis, during which nucleotides are detected one-by-one after each nucleotide is incorporated into a growing nucleic acid strand.  This process occurs on a plurality of growing oligonucleotide primers, each of which is annealed to the plurality of oligonucleotide templates that are bound at each of the individual spatially discrete sites.

129.    Illumina has described how the NovaSeq 6000 "relies on proven Illumina sequencing by synthesis (SBS) chemistry" and sequences "billions of DNA fragments [by] detecting single bases as they are incorporated into growing DNA strands."  Ex. L at 2.

130.    As shown in the NovaSeq System Explorer Video, each of the plurality of spatially discrete sites on the nucleic acid array are contacted with a pool of nucleotides:



Ex. O (Excerpts of NovaSeq System Explorer Video,

https://www.illumina.com/systems/sequencing-platforms/novaseq/system-explorer.html); *see*

*also* Ex. P (NovaSeq VR| Experience a Leap Forward in Technology Video,

https://www.illumina.com/company/video-hub/68oY5APcfJM.html) at 2:00-2:10; Ex. N at 4

("As all four reversible terminator-bound dNTPs are present during each sequencing cycle,

natural competition minimizes incorporation bias and greatly reduces raw error rates[.]").

131.    Illumina's NovaSeq System Explorer Video depicts multiple cycles of SBS

reactions being used to determine the identity of nucleotides on a plurality of single-stranded

nucleotide templates:



Ex. O; *see also* Ex. P at 2:05-2:08.

132.    This same iterative process is depicted in the Illumina Sequencing by Synthesis YouTube video.  Ex. GG (https://youtu.be/fCd6B5HRaZ8) at 2:15-2:26 ("With each cycle, fluorescently tagged nucleotides compete for addition to the growing chain"), 2:26-56.

133.    Thus, use of the NovaSeq 6000 comprises extending the annealed oligonucleotide primers at each of the individual spatially discrete sites by a sequencing-by-extension reaction in which each of the plurality of spatially discrete sites on the nucleic acid array are contacted with a pool of nucleotides.

        **v.**      **"(c)(1)(i) a first nucleotide comprising a first fluorescent dye that emits light detectable at a first wavelength,"**

134.    Illumina's NovaSeq 6000 uses "two-channel sequencing."  Ex. B.  According to Illumina, its "two-channel sequencing" or "two-channel SBS" "simplifies nucleotide detection by using two fluorescent dyes and two images to determine all four base calls . . . .  Images are

taken using red and green filter bands."  Ex. HH (Illumina Technical Note,

https://www.illumina.com/content/dam/illumina-

marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2.

135.    A simplified overview of the two-channel chemistry is shown below:



*Id.*; *see also* Ex. II (Illumina webpage on 2-Channel SBS Technology, at

https://sapac.illumina.com/science/technology/next-generation-sequencing/sequencing-

technology/2-channel-sbs.html?langsel=/my/).

136.    In Illumina's "two-channel SBS," including the NovaSeq 6000, "cytosines are

labeled with a red fluorophore" as depicted, and emit light detectable in the red channel (*e.g.*,

between approximately 620 to 700 nm).  Ex. HH (Illumina Technical Note,

https://www.illumina.com/content/dam/illumina-

marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2; *see also*

Ex. II (Illumina webpage on 2-Channel SBS Technology,

https://sapac.illumina.com/science/technology/next-generation-sequencing/sequencing-

technology/2-channel-sbs.html?langsel=/my/).

137.    Thus, use of the NovaSeq 6000 comprises a first nucleotide comprising a first

fluorescent dye that emits light detectable at a first wavelength.

   **vi.** **"(c)(1)(ii) a second nucleotide comprising a second fluorescent dye that emits light detectable at a second wavelength,"**

138. In Illumina's "two-channel SBS," including the NovaSeq 6000, "[t]hymines are labeled with a green fluorophore," and emit light detectable in the green channel (*e.g.*, between approximately 500 to 560 nm).  Ex. HH (Illumina Technical Note, https://www.illumina.com/content/dam/illumina-marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2.  This is shown  below in connection with the thymine (T):



*Id.*

139. Thus, use of the NovaSeq 6000 comprises a second nucleotide comprising a second fluorescent dye that emits light detectable at a second wavelength.

   **vii.** **"1(c)(iii) a third nucleotide, wherein the third nucleotide comprises a first type of the third nucleotide that comprises a fluorescent dye that emits light detectable at the first wavelength and a second type of the third nucleotide that comprises a fluorescent dye that emits light detectable at the second wavelength,"**

140. In Illumina's "two-channel SBS," including the NovaSeq 6000, "adenines are labeled with both red and green fluorophores," and emit light detectable in the red and green channels.  Ex. HH (Illumina Technical Note, https://www.illumina.com/content/dam/illumina-marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2.

141.    Because the NovaSeq 6000 uses adenines that are bound to a fluorescent dye that emits light detectable in the wavelength range that is considered a red color (a first type of the third nucleotide), as well as adenines that are bound to a fluorescent dye that emits light detectable in the wavelength range that is considered a green color (a second type of the third nucleotide) it meets the requirement that the third nucleotide (adenine) is comprised of fluorescent dyes that emit light detectable at first and second wavelengths, e.g those wavelengths that are correspond to the red (*e.g.* a first wavelength) and green (a second wavelength).

142.    For example, the NovaSeq 6000 Sequencing System Guide includes a plot depicting the colors that are detected for each of the four nucleotides.

Intensities for each cluster are extracted from the red and green images and compared against each other, which results in four distinct populations. Each population corresponds to a base. The base calling process determines which population each cluster belongs to.



Figure 32  Visualization of Cluster Intensities

Table 15  Base Calls in 2-Channel Sequencing

| Base | Red Channel | Green Channel | Result |
|------|-------------|---------------|--------|
| A | 1 (on) | 1 (on) | Clusters that show intensity in both the red and green channels. |
| C | 1 (on) | 0 (off) | Clusters that show intensity in the red channel only. |
| G | 0 (off) | 0 (off) | Clusters that show no intensity at a known cluster location. |
| T | 0 (off) | 1 (on) | Clusters that show intensity in the green channel only. |

Ex. JJ (NovaSeq 6000 Sequencing System Guide,

https://sapac.support.illumina.com/content/dam/illumina-

support/documents/documentation/system_documentation/novaseq/novaseq-6000-system-guide-

1000000019358-12.pdf) at 61.

143.    The plot and table 15 show that adenine is detected in both the red and the green

channel detectors which indicates that adenine is labeled with dyes that emit at different

wavelengths, *e.g.* red and green.

144.    Thus, upon information and belief, use of the NovaSeq 6000 comprises a third

nucleotide, wherein the third nucleotide comprises a first type of the third nucleotide that

comprises a fluorescent dye that emits light detectable at the first wavelength and a second type

of the third nucleotide that comprises a fluorescent dye that emits light detectable at the second

wavelength.

> **viii.    "(c)(1)(iii)wherein the first nucleotide and the first type
> of the third nucleotide have different fluorescent
> intensities at the first wavelength when the first
> fluorescent dye of the first nucleotide and the fluorescent
> dye of the first type of the third nucleotide are excited,
> and the second nucleotide and the second type of the
> third nucleotide have different fluorescent intensities at
> the second wavelength when the second fluorescent dye
> of the second nucleotide and the fluorescent dye of the
> second type of the third nucleotide are excited, and"**

145.    On information and belief, the color plot above also demonstrates that the first

nucleotide and the first type of third nucleotide have different intensities at the first wavelength

when they are excited and that the second nucleotide and the second type of the third nucleotide

have different fluorescent intensities at the second wavelength when they are excited.  The plot

shows "A", (a third nucleotide) which is detected in both the red and the green channels having a

red intensity (a third nucleotide of a first type)  approximately equal to the intensity of "C" (a

first nucleotide) in the red channel.  On information and belief, the third nucleotide of the first

type has a greater intensity than the first nucleotide because there are not as many of the third

nucleotides of the first type that have a fluorescent dye that emits at the first wavelength as there

are first nucleotides that have a fluorescent dye that emits at the first wavelength yet the

intensities appear to be approximately equal.  That would occur when the intensity of the third nucleotide of the first type has an intensity that is greater than the first nucleotide.

146.    On information and belief, the same is true for the second nucleotide and the third nucleotide of the second type.  There are not as many third nucleotides of the second type that have a fluorescent dye that emits at a second wavelength as there are second nucleotides that have a fluorescent dye that emits at the scond wavelength, yet the intensities appear to be approximately equal.  That would occur when the intensity of the third nucleotide of the second type has an intensity that is greater than the second nucleotide.

147.    Illumina's patent filings disclose data and descriptions consistent with the above discussion of using different red and green fluorescent dyes.  *See, e.g.*, Ex. KK (U.S. Patent No. 9,453,258) at Fig. 4A, 4B, 22:28-23:64.  In particular, Fig. 4A shows the use of two dye sets one set that emits in the green wavelength range and the other that emits in the red wavelength range. *Id*.

148.    Fig. 4B then shows for those dye sets, the same type of plot as shown above with the same type of result.  On information and belief, the similarity of the result indicates that the NovaSeq 6000 is also using dye sets as generally described in the '258 patent and illustrated, for example, in Figs. 4A and 4B.  This is further evidenced by Fig. 3 in the '258 patent.  In that example, two dyes, rather than two dye sets are used.  '258 Col. 8:48-53.  The same type of cloud plot for the Fig. 3 situation shows the third nucleotide in the '258 example ("T") having approximately half the intensity in the red and green channels as the first and second nucleotides (A  and  C).    *See  also*  Ex.  MM  (NovaSeq:  System  Overview, https://support.illumina.com/content/dam/illumina-support/courses/novaseq-system-overview/story_html5.html?iframe) at "4.2 Two-Channel SBS" and "4.2 Two-Channel SBS Learn

More" ("A emits 50% green and 50% red intensities, C emits 100% red intensity, G is dark and does not emit any intensity, and T emits 100% green intensity."); Ex. NN (NextSeq: System Overview,   https://support.illumina.com/content/dam/illumina-support/courses/nextseq-system-overview/story_html5.html) at "4.2 Two-Channel SBS" and "4.2 Two-Channel SBS Learn More" (same); Ex. OO (MiniSeq: System Overview: Narration Transcript) (same); Ex. PP (NextSeq 500 System Overview) (same); Ex. QQ (NextSeq System Overview) (same); *see also* Ex. LL (Illumina Technology                 Spotlight,                 https://www.well.ox.ac.uk/ogc/wp-content/uploads/2017/09/techspotlight_two-channel_sbs.pdf) at 1("New v2 chemistry for the NextSeq Series Systems is optimized to improve the data quality of 2-channel SBS even further. The v2 reagents enhance signal intensities, clearly separating the clusters for more accurate base calling (Figure 2)").

149.     Thus, upon information and belief, use of the NovaSeq 6000 comprises a third nucleotide, wherein the first nucleotide and the first type of the third nucleotide have different fluorescent intensities at the first wavelength when the first fluorescent dye of the first nucleotide and the fluorescent dye of the first type of the third nucleotide are excited, and the second nucleotide and the second type of the third nucleotide have different fluorescent intensities at the second wavelength when the second fluorescent dye of the second nucleotide and the fluorescent dye of the second type of the third nucleotide are excited.

### ix.     "(c)(1)(iv) a fourth nucleotide that does not comprise a fluorescent dye;"

150.     In Illumina's "two-channel SBS," including the NovaSeq 6000, "[g]uanines are permanently dark"  Ex. HH  (Illumina Technical Note,

https://www.illumina.com/content/dam/illumina-marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2.  In other

words, the guanine is not bound to any fluorophores.  Ex. II (Illumina webpage on 2-Channel

SBS Technology,  https://sapac.illumina.com/science/technology/next-generation-

sequencing/sequencing-technology/2-channel-sbs.html?langsel=/my/) ("unlabeled clusters are

identified as G bases").

151.    Thus, use of the NovaSeq 6000 comprises a fourth nucleotide that does not

comprise a fluorescent dye.

> x.    **"wherein the first nucleotide, second nucleotide, third nucleotide and fourth nucleotide are different from each other and comprise different nucleotide bases selected from adenosine, guanine, thymidine and cytosine,"**

152.    In Illumina's "two-channel SBS," including the NovaSeq 6000, the four

nucleotides are different from each other, and comprise different nucleotide bases selected from

adenosine (A), guanine (G), thymidine (T), and cytosine (C).  *See, e.g.*, Ex. HH (Illumina

Technical Note, https://www.illumina.com/content/dam/illumina-

marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2

("Thymines are labeled with a green fluorophore, cytosines are labeled with a red fluorophore,

and adenines are labeled with both red and green fluorophores. Guanines are permanently

dark."); Ex. M at 68 ("Base calling determines a base (A, C, G, or T) for every cluster of a given

tile at a specific cycle.").

153.    Thus, the use of the NovaSeq 6000 comprises the first nucleotide, second

nucleotide, third nucleotide and fourth nucleotide are different from each other and comprise

different nucleotide bases selected from adenosine, guanine, thymidine and cytosine.

xi.   **"wherein the first wavelength and the second wavelength are different and"**

154.   Illumina's "two-channel sequencing" methods, including that used by the NovaSeq 6000, detect two fluorescent signals (red and green) to determine the identity of the complementary nucleotides during sequencing.

155.   In particular, use of the NovaSeq 6000 involves detecting fluorescent emission over two different wavelength ranges, one for green light and one for red light. *See, e.g.*, Ex. M at 68 ("Base calling determines a base (A, C, G, or T) for every cluster of a given tile at a specific cycle. The NovaSeq 6000 Sequencing System uses two-channel sequencing, which requires only two images to encode the data for four DNA bases, one from the red channel and one from the green channel."); *see also* Ex. HH (Illumina Technical Note, https://www.illumina.com/content/dam/illumina-marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2. Red light is detected at different wavelengths than green light. See, e.g., '258 patent at col. 22: 43-48 and col. 23:13-18.

156.   Thus, use of the NovaSeq 6000 comprises a method wherein the first wavelength and the second wavelength are different.

xii.   **"wherein said extending the annealed oligonucleotide primers at each of the plurality of spatially discrete sites comprises incorporating one of the first nucleotide, the second nucleotide, the third nucleotide, or the fourth nucleotide to the annealed oligonucleotide primers, thereby producing extended primers at each of the plurality of spatially discrete sites, and then"**

157.   Each SBS reaction cycle on the NovaSeq 6000 comprises a step of incorporating one of the first nucleotide, the second nucleotide, the third nucleotide, or the fourth nucleotide to the annealed oligonucleotide primers, thereby producing extended primers at each of the plurality of spatially discrete sites.

158.    Illumina's NovaSeq System Explorer Video depicts the SBS reaction cycle, and shows a labeled thymine (T) incorporated to the annealed oligonucleotide primer, thereby producing an extended primer:



Ex. O (annotated with arrow); *see also* Ex. P at 2:00-2:05.

159.    The NovaSeq 6000 Sequencing System brochure describes the NovaSeq's sequencing method as "detecting single bases as they are incorporated into growing DNA strands."  Ex. L at 2.

160.    This nucleotide incorporation process is depicted in the Illumina Sequencing by Synthesis YouTube video.  Ex. GG (https://www.youtube.com/watch?v=fCd6B5HRaZ8&feature=youtu.be) at 2:15-2:56.

161.    As described above, Illumina's NovaSeq System Guide describes the nucleotide incorporation process which extends the primers at each of the clusters within the NovaSeq flow cells: "Clusters are generated in the nanowells from which sequencing is then performed."  Ex. M (NovaSeq 6000 Sequencing System Guide) at 12.  The flow cell that has been prepared using Illumina sample preparation and sequencing kits comprises a plurality of different polynucleotide templates disposed at a plurality of spatially discrete sites on a surface.  The plurality of different polynucleotide templates are replicated in "clusters," containing multiple

copies of the same nucleic acid template, at spatially discrete sites on the flow cell.  *See* Ex. N

(Introduction to Next Generation Sequencing Technology,

https://www.illumina.com/documents/products/illumina_sequencing_introduction.pdf) at 14

(defining "clusters" as "[a] clonal grouping of template DNA bound to the surface of a flow cell .

. . . Each cluster on the flow cell produces a single sequencing read.").

162.    Thus, use of the NovaSeq 6000 comprises a method wherein said extending the

annealed oligonucleotide primers at each of the plurality of spatially discrete sites comprises

incorporating one of the first nucleotide, the second nucleotide, the third nucleotide, or the fourth

nucleotide to the annealed oligonucleotide primers, thereby producing extended primers at each

of the plurality of spatially discrete sites.

**xiii.    "(c)(2) illuminating each of the plurality of the spatially discrete sites on the nucleic acid array;"**

163.    The NovaSeq 6000 detects incorporation of single bases by detecting the presence

or absence of fluorescent signal(s) that are associated with the identity of the complementary

nucleotide that was incorporated.  Ex. M at 68 ("Intensities for each cluster are extracted from

the red and green images and compared against each other, which results in four distinct

populations.  Each population corresponds to a base.").  The detected fluorescent signal(s) are

the result of excitation of the fluorescently-labelled nucleotide by illumination with a light

source.

164.    For example, the NovaSeq System Explorer video depicts excitation of a green

fluorescent label attached to thymines:

54



Ex. O (annotated with arrow); *see also* Ex. P at 2:00-2:05.  In the above example, the thymine

binds preferentially to the adenine, such that the signal(s) detected by the NovaSeq 6000 result in

identification of the thymine that was incorporated and its complementary adenine nucleotide.

165.    The NovaSeq 6000 illuminates each cluster on the nucleic acid array, as shown in

the NovaSeq System Explorer video:



Ex. O; *see also* Ex. P at 2:13-2:26.

166.    Thus, the NovaSeq 6000 comprises a step comprising illuminating each of the

plurality of the spatially discrete sites on the nucleic acid array.

           xiv.    **"(c)(3) measuring the intensity of a fluorescence signal at the first wavelength and the intensity of a fluorescence signal at the second wavelength at each of the plurality of spatially discrete sites to determine which of the first nucleotide, the second nucleotide the third nucleotide and the fourth nucleotide is incorporated into the**

> **extended primers at each of the plurality of spatially discrete sites wherein,"**

167.    As explained, the NovaSeq 6000 detects fluorescence over two wavelength ranges, one for green light and one for red light.  On information and belief, measured light within these two ranges of wavelengths are the two signals detected by the NovaSeq 6000.

168.    As the NovaSeq System Guide explains:

> Base calling determines a base (A, C, G, or T) for every cluster of a given tile at a specific cycle.  ***The NovaSeq 6000 Sequencing System uses two-channel sequencing, which requires only two images to encode the data for four DNA bases, one from the red channel and one from the green channel***.  A no call is identified as N.  No calls occur when a cluster does not pass filter, registration fails, or a cluster is shifted off the image.  ***Intensities for each cluster are extracted from the red and green images and compared against each other, which results in four distinct populations.  Each population corresponds to a base***.  The base calling process determines which population each cluster belongs to.

Ex. M at 68 (emphasis added).  The NovaSeq System Guide further explains that "[t]he NovaSeq 6000 uses one camera with bidirectional scanning technology to quickly image the flow cell in ***two color channels simultaneously***."  *Id*. at 1 (emphasis added).

169.    Table 22 of the NovaSeq 6000 Sequencing System Guide depicts how the NovaSeq 6000 determines nucleotide identity based on the red and green channels:

Table 22  Base Calls in 2-Channel Sequencing

| Base | Red Channel | Green Channel | Result |
|---|---|---|---|
| A | 1 (on) | 1 (on) | Clusters that show intensity in both the red and green channels. |
| C | 1 (on) | 0 (off) | Clusters that show intensity in the red channel only. |
| G | 0 (off) | 0 (off) | Clusters that show no intensity at a known cluster location. |
| T | 0 (off) | 1 (on) | Clusters that show intensity in the green channel only. |

*Id*. at 68 (Table 22).

170.    This method of detecting each base by measuring red and green fluorescent intensity is also depicted in Figure 1 of Illumina's Technology Spotlight document on Two-

56

Channel SBS Sequencing Technology:



Figure 1: Four-Channel vs Two-Channel SBS Technology Image Detection and Base Calling. In 4-channel SBS, 4 images are necessary to capture the unique fluorescent dyes for each base. In contrast, 2-channel SBS requires only 2 images to determine all 4 base calls.

Ex. LL (Illumina Technology Spotlight, https://www.well.ox.ac.uk/ogc/wp-content/uploads/2017/09/techspotlight_two-channel_sbs.pdf) at 1; *see also* Ex. II (Illumina webpage on 2-Channel SBS Technology, at https://sapac.illumina.com/science/technology/next-generation-sequencing/sequencing-technology/2-channel-sbs.html?langsel=/my/) ("two-channel SBS simplifies nucleotide detection by using two fluorescent dyes and two images to determine all four base calls").

171.    Thus, use of the NovaSeq 6000 comprises measuring the intensity of a fluorescence signal at the first wavelength and the intensity of a fluorescence signal at the second wavelength at each of the plurality of spatially discrete sites to determine which of the first nucleotide, the second nucleotide the third nucleotide and the fourth nucleotide is incorporated into the extended primers at each of the plurality of spatially discrete sites.

      **xv.**    **"(c)(3)(i) detecting a fluorescent signal at the first wavelength and not detecting a fluorescent signal at the second wavelength at a first portion of the plurality of spatially discrete sites indicates that the first nucleotide**

**is incorporated into the extended primers at the first portion of the plurality of spatially discrete sites;"**

172.    Illumina's "two-channel" sequencing systems, such as the NovaSeq 6000, deduce the identity of the nucleotide at the detection position of the template strand based on the signal detected from excitation of the fluorophore bound to the complementary molecule.

173.    The nucleotides naturally bind in the following sets of complementary nucleotides: A to T and C to G.  This complementarity is integral to the proper functioning of Illumina's sequencers, which rely on the tendency for nucleotides to bind specifically and selectively with their complement.  *See* Ex. N at 4 ("As all four reversible terminator-bound dNTPs are present during each sequencing cycle, natural competition minimizes incorporation bias and greatly reduces raw error rates[.]").  Because the nucleotides necessarily bind in complementary pairs, the determination of the identity of the incorporated nucleotide also results in the deduction of the complementary nucleotide in the template strand.

174.    As shown in Table 22 of the NovaSeq 6000 Sequencing System Guide, when the NovaSeq 6000 detects intensity in the red channel but not the green channel (*i.e.*, the "Red Channel" is "1 (on)" but the "Green Channel" is "0 (off)"), the base will be identified as "C" for Cytosine.  Ex. M at 68 (Table 22).

175.    Illumina's product literature, including application notes, also depict this detection scheme for cytosines:



Ex. HH (Illumina Technical Note, https://www.illumina.com/content/dam/illumina-marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2; *see also* Ex. LL (Illumina Technology Spotlight, https://www.well.ox.ac.uk/ogc/wp-content/uploads/2017/09/techspotlight_two-channel_sbs.pdf) at 1; Ex. II (Illumina webpage on 2-Channel SBS Technology, https://sapac.illumina.com/science/technology/next-generation-sequencing/sequencing-technology/2-channel-sbs.html?langsel=/my/).

176.    Thus, use of the NovaSeq 6000 for SBS comprises detecting a fluorescent signal at the first wavelength and not detecting a fluorescent signal at the second wavelength at a first portion of the plurality of spatially discrete sites indicates that the first nucleotide is incorporated into the extended primers at the first portion of the plurality of spatially discrete sites.

        **xvi.**    **"(c)(3)(ii) detecting a fluorescent signal at the second wavelength and not detecting a fluorescent signal at the first wavelength at a second portion of the plurality of spatially discrete sites indicates that the second nucleotide is incorporated into the extended primers at the second portion of the plurality of spatially discrete sites;"**

177.    As shown in Table 22 of the NovaSeq 6000 Sequencing System Guide, when the NovaSeq 6000 detects intensity in the green channel but not the red channel (*i.e.*, the "Green

Channel" is "1 (on)" but the "Red Channel" is "0 (off)"), the base will be identified as "T" for

thymine.  Ex. M at 68 (Table 22); *see also* Ex. HH (Illumina Technical Note,

https://www.illumina.com/content/dam/illumina-

marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2; Ex. LL

(Illumina Technology Spotlight, https://www.well.ox.ac.uk/ogc/wp-

content/uploads/2017/09/techspotlight_two-channel_sbs.pdf) at 1; Ex. II (Illumina webpage on

2-Channel SBS Technology, at https://sapac.illumina.com/science/technology/next-generation-

sequencing/sequencing-technology/2-channel-sbs.html?langsel=/my/).

178.    Thus, use of the NovaSeq 6000 for SBS comprises a step wherein detecting a

fluorescent signal at the second wavelength and not detecting a fluorescent signal at the first

wavelength at a second portion of the plurality of spatially discrete sites indicates that the second

nucleotide is incorporated into the extended primers at the second portion of the plurality of

spatially discrete sites.

> **xvii.    "(c)(3)(iii) detecting a fluorescent signal at the first
> wavelength and detecting a fluorescent signal at the
> second wavelength at a third portion of the plurality of
> spatially discrete sites indicate that the third nucleotide
> is incorporated into the extended primers at the third
> portion of the plurality of spatially discrete sites, and"**

179.    As shown in Table 22 of the NovaSeq 6000 Sequencing System Guide, when the

NovaSeq 6000 detects intensity in both the red and green channels (*i.e.*, both the "Red Channel"

and "Green Channel" are "1 (on)"), the base will be identified as "A" for Adenine.  Ex. M at 68

(Table 22); *see also* Ex. HH (Ilumina Techical Note,

https://www.illumina.com/content/dam/illumina-

marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2; Ex. LL

(Illumina Technical Spotlight, https://www.well.ox.ac.uk/ogc/wp-

content/uploads/2017/09/techspotlight_two-channel_sbs.pdf) at 1; Ex. II (Illumina webpage on

2-Channel SBS Technology, at https://sapac.illumina.com/science/technology/next-generation-

sequencing/sequencing-technology/2-channel-sbs.html?langsel=/my/).

180.    Thus, use of the NovaSeq 6000 for SBS comprises a step wherein detecting a

fluorescent signal at the first wavelength and detecting a fluorescent signal at the second

wavelength at a third portion of the plurality of spatially discrete sites indicate that the third

nucleotide is incorporated into the extended primers at the third portion of the plurality of

spatially discrete sites.

> **xviii.    "(c)(3)(iv) not detecting a fluorescent signal at either the
> first wavelength or the second wavelength at fourth
> portion of the plurality of spatially discrete sites
> indicates that the fourth nucleotide is incorporated into
> the extended primers at the fourth portion of the
> plurality of spatially discrete sites;"**

181.    As shown in Table 22 of the NovaSeq 6000 Sequencing System Guide, when the

NovaSeq 6000 detects no intensity in either the red or green channels (*i.e.*, both the "Green

Channel" and the "Green Channel" are "0 (off)"), the base will be identified as "G" for guanine.

Ex. M at 68 (Table 22); *see also* Ex. HH (Illumina Technical Note,

https://www.illumina.com/content/dam/illumina-

marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2; Ex. LL

(Illumina Technology Spotlight, https://www.well.ox.ac.uk/ogc/wp-

content/uploads/2017/09/techspotlight_two-channel_sbs.pdf) at 1; Ex. II (Illumina webpage on

2-Channel SBS Technology, at https://sapac.illumina.com/science/technology/next-generation-

sequencing/sequencing-technology/2-channel-sbs.html?langsel=/my/).

182.    Thus, use of the NovaSeq 6000 for SBS comprises a step wherein not detecting a

fluorescent signal at either the first wavelength or the second wavelength at fourth portion of the

plurality of spatially discrete sites indicates that the fourth nucleotide is incorporated into the extended primers at the fourth portion of the plurality of spatially discrete sites.

> xix.   **"(d) after step (c), carrying out multiple cycles of the sequencing-by-extension reaction, wherein each cycle of the multiple cycles of the sequencing-by-extension reaction is performed by contacting the plurality of spatially discrete sites on the nucleic acid array with the pool of nucleotides, thereby determining the nucleotide sequences from the plurality of different polynucleotide templates."**

183.    Illumina has described how the NovaSeq 6000 "relies on proven Illumina sequencing by synthesis (SBS) chemistry" and sequences "billions of DNA fragments [by] detecting single bases as they are incorporated into growing DNA strands."  Ex. L at 2.

184.    As shown in the NovaSeq System Explorer Video, each cycle of the multiple cycles of the sequencing-by-extension reaction is performed by contacting the plurality of spatially discrete sites on the nucleic acid array with the pool of nucleotides:



Ex. O (Excerpts of NovaSeq System Explorer Video, https://www.illumina.com/systems/sequencing-platforms/novaseq/system-explorer.html); *see also* Ex. P (NovaSeq VR| Experience a Leap Forward in Technology Video, https://www.illumina.com/company/video-hub/68oY5APcfJM.html) at 2:00-2:10; Ex. N at 4 ("As all four reversible terminator-bound dNTPs are present during each sequencing cycle,

natural competition minimizes incorporation bias and greatly reduces raw error rates[.]").

185.    Illumina's NovaSeq System Explorer Video depicts multiple cycles of SBS reactions being used to determine the identity of nucleotides on a plurality of single-stranded nucleotide templates:



Ex. O; *see also* Ex. P at 2:05-2:08.

186.    This same iterative process to determine the nucleotide sequences from the plurality of different polynucleotide templates on the array is depicted in the Illumina Sequencing by Synthesis YouTube video.  Ex. GG (https://www.youtube.com/watch?v=fCd6B5HRaZ8&feature=youtu.be) at 2:15-2:26 ("With each cycle, fluorescently tagged nucleotides compete for addition to the growing chain"), 2:26-3:09 (describing repeated cycles of sequencing-by-synthesis).

187.    Thus, use of the NovaSeq 6000 comprises carrying out multiple cycles of the

sequencing-by-extension reaction, wherein each cycle of the multiple cycles of the sequencing-by-extension reaction is performed by contacting the plurality of spatially discrete sites on the nucleic acid array with the pool of nucleotides, thereby determining the nucleotide sequences from the plurality of different polynucleotide templates.

### b.    Infringement of Claim 2 of the '473 Patent

188.    Claim 2 of the '473 patent recites: "The method of claim 1, wherein the fourth nucleotide is dGTP."

189.    Illumina's "two-channel" sequencing systems, such as the NovaSeq 6000, use dGTP, or deoxyguanosine triphosphate, which is a type of deoxyribose nucleoside triphosphate (dNTP).  *See* Ex. HH (Illumina Technical Note, https://www.illumina.com/content/dam/illumina-marketing/documents/products/techspotlights/cmos-tech-note-770-2013-054.pdf) at 2.  The G is "permanently dark," meaning it has no fluorescent dye.

190.    Thus, use of the NovaSeq 6000 comprises performing a sequencing method wherein the fourth nucleotide is dGTP.

### c.    Infringement of Claim 3 of the '473 Patent

191.    Claim 3 of the '473 patent recites: "The method of claim 1 wherein the plurality of different polynucleotide templates disposed at the plurality of spatially discrete sites are amplicons that comprise adaptor arms."

192.    The NovaSeq 6000 Sequencing System brochure states that "[t]he NovaSeq 6000 System is compatible with various Illumina library preparation kits, supporting a wide range of methods, from expression profiling to WGS and beyond." Ex. L at 2.

193.    Table 2 of the NovaSeq 6000 brochure identifies Illumina sample preparation kits

that are available for common sequencing methods:

| Table 2: Examples of common sequencing methods |
| --- |
| Whole-genome sequencing |
| TruSeq™ DNA PCR-Free[a] |
| Nextera™ DNA Flex[a] |
| IDT for Illumina-TruSeq DNA UD Indexes (24 indexes, 96 samples)[b,c] |
| IDT for Illumina-TruSeq DNA UD Indexes (96 indexes, 96 samples)[b,c] |
| Targeted resequencing |
| Nextera Flex for Enrichment + Illumina Exome Panel |
| TruSeq Workflow with IDT Enrichment and Exome[b] |
| Nextera Workflow with IDT Enrichment and Exome[b] |
| TruSeq RNA Exome Enrichment[a] |
| RNA sequencing |
| TruSeq Stranded Total RNA[a] |
| TruSeq Stranded mRNA[a] |
| IDT for Illumina-TruSeq RNA UD Indexes (24 indexes, 96 samples)[b,c] |
| IDT for Illumina-TruSeq RNA UD Indexes (96 indexes, 96 samples)[b,c] |
| Methylation sequencing |
| TruSeq Methyl Capture EPIC |
| Library prep methods listed are only examples of those available for use with the NovaSeq 6000 System. For a complete list, visit www.illumina.com. |
| a. An Illumina Qualified Method is available |
| b. IDT = Integrated DNA Technologies |
| c. UD Indexes = Unique Dual Indexes |

Ex. L at 3.

194.    By way of example only, Table 2 of the NovaSeq 6000 Brochure suggests using Illumina's "TruSeq DNA PCR-Free" and "Nextera DNA Flex" sample preparation kits for "whole-genome sequencing."  The Brochure further states that for these sample preparation kits, "An Illumina Qualified Method is available."  Ex. L at 3.  The use of these and all other sample preparation kits in combination with the NovaSeq 6000 appends adaptors to sample DNA and therefore results in cluster generation of nucleic acid templates comprising adapters.

195.    The "Illumina Sequencing Technology" video states that "[t]here are a number of different ways to prepare samples.  ***All preparation methods add adaptors to the ends of the DNA fragments.***"  Ex. Y (Excerpts of Illumina Sequencing by Synthesis Video,

65

https://www.illumina.com/company/video-hub/fCd6B5HRaZ8.html) at 0:22-0:34:



As shown, the use of Illumina sample preparation kits (such as the TruSeq DNA PCR-Free and Nextera DNA Flex sample preparation kits) results in single-stranded nucleic acid templates that comprise adaptor on each end of the template.

196.    The nucleic acid templates, together with their adaptors, are next replicated in "clusters," containing multiple copies of the same nucleic acid template, at spatially discrete sites on the flow cell.  *See, e.g.,* Ex. N (Introduction to Next Generation Sequencing Technology, https://www.illumina.com/documents/products/illumina_sequencing_introduction.pdf)  (defining "clusters" as "[a] clonal grouping of template DNA bound to the surface of a flow cell") at 14; Ex. O (Excerpts of NovaSeq System Explorer Video, https://www.illumina.com/systems/sequencing-platforms/novaseq/system-explorer.html); Ex. P (NovaSeq VR| Experience a Leap Forward in Technology Video, https://www.illumina.com/company/video-hub/68oY5APcfJM.html) at 1:30-2:00.

197.    After the single-stranded DNA derived from the sample anneals to the surface-bound oligonucleotide, a polymerase generates the surface-bound template strand.  Ex. O; *see also* Ex. P at 1:35-1:40.  The sample strand is then dissociated from the template and washed

away. *Id.*

198.    Next, a bridge amplification PCR step generates a second surface-bound strand that is the reverse-complement of the original template strand. Ex. O; *see also* Ex. P at 1:40-1:55. This bridge amplification process is repeated over several cycles, thereby generating two sets of surface-bound single-stranded DNA molecules (one forward set and one reverse-complement set). *Id.* Finally, one of the sets is cleaved and washed away, leaving only the other set of surface-bound single-stranded DNA and its adaptors (*e.g.*, the forward set). Clusters of identical nucleic acid templates are generated in this manner, as depicted below.



Ex. GG (Illumina Sequencing by Synthesis Video, https://www.illumina.com/company/video-hub/fCd6B5HRaZ8.html) at 2:07.

199.    Thus, use of the NovaSeq 6000 comprises a method wherein the plurality of different polynucleotide templates disposed at the plurality of spatially discrete sites are amplicons that comprise adaptor arms.

### d.    Infringement of Claim 5 of the '473 Patent

200.    Claim 5 of the '473 Patent recites: "The method of claim 1 wherein the first nucleotide and the first type of the third nucleotide comprise different fluorescent dyes that emit

light detectable at the first wavelength with different intensities and the second nucleotide and the second type of the third nucleotide comprise different fluorescent dyes that emit light detectable at the second wavelength with different intensities."

201.    On information and belief, as described with respect to claim element 1(c)(1)(iii), the NovaSeq 6000 comprises the use of dye sets where the emission from each set is detected. *See generally* paragraphs 145 to 149, *supra*.  Each dye in each set of dyes have different intensities as shown with regard to element 1(c)(1(iii) and further evidenced by Fig. 4A in the 258 patent.  Further Fig. 4B in the '258 patent depicting a plot of detection of the dye sets used in Fig. 4A is of the same nature as that shown below for the NovaSeq 6000 system indicating that it too uses two sets of dyes in which the first nucleotide and third nucleotide of the first type use one dye set where each uses a different dye from the set that  emit light detectable at the same wavelenght but each of which have different intensities and the second nucleotide and third nucleotide of the second type use a second dye set where each uses a different dye from the set that emit light detectable at the same wavelength but each of which each have different intensities.

202.    The NovaSeq 6000 Sequencing System Guide includes a visualization showing fluorescence intensities of DNA clusters in the red and green color channels.  Each colored spot corresponds to one of the four nucleotides, as described in the text:

Intensities for each cluster are extracted from the red and green images and compared against each other, which results in four distinct populations. Each population corresponds to a base. The base calling process determines which population each cluster belongs to.

**Figure 32**  Visualization of Cluster Intensities



**Table 15**  Base Calls in 2-Channel Sequencing

| Base | Red Channel | Green Channel | Result |
|------|-------------|---------------|--------|
| A | 1 (on) | 1 (on) | Clusters that show intensity in both the red and green channels. |
| C | 1 (on) | 0 (off) | Clusters that show intensity in the red channel only. |
| G | 0 (off) | 0 (off) | Clusters that show no intensity at a known cluster location. |
| T | 0 (off) | 1 (on) | Clusters that show intensity in the green channel only. |

Ex. JJ (NovaSeq 6000 Sequencing System Guide,

https://sapac.support.illumina.com/content/dam/illumina-

support/documents/documentation/system_documentation/novaseq/novaseq-6000-system-guide-

1000000019358-12.pdf) at 61.

203.     This visualization is of the same nature as that in Fig. 4B of the 258 patent that

depicts the use of two dye sets, each set emitting light detectable at different wavelengths and

each dye in each set detectable at the same wavelength having different intensities.

204.     Thus, on information and belief, the use of the NovaSeq 6000 comprises a method

wherein the first nucleotide and the first type of the third nucleotide comprise different

fluorescent dyes that emit light detectable at the first wavelength with different intensities and

the second nucleotide and the second type of the third nucleotide comprise different fluorescent

dyes that emit light detectable at the second wavelength with different intensities.

69

### B.  Indirect Infringement of Claims 1-3 and 5 of the '473 Patent

205.     CGI hereby re-alleges and incorporates by reference the allegations contained in the preceding paragraphs as if fully set forth herein.

206.     Illumina has and continues to induce infringement by their customers pursuant to 35 U.S.C. § 271(b).  Illumina's customers directly infringe at least claims 1-3 and 5 of the '473 patent when they use Illumina's two-channel sequencing systems, in combination with the recommended Illumina sample preparation and sequencing kits.  Illumina actively induces infringement by its customers by selling the NovaSeq 6000, its sample preparation kits and sequencing kits for use in a manner that infringes at least claims 1-3 and 5 of the '473 patent, instructing its customers to use these products together in an infringing manner and providing qualification of the infringing methods, and by providing marketing materials, user guides, technical literature, and bioinformatics software applications to support its customers' infringing use.

207.     On information and belief, Illumina has had knowledge of the '473 patent and its infringement thereof since at least June 3, 2020 when its Counsel was informed of its existence by Counsel for CGI.

208.     On information and belief, Illumina acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' underlying infringement of the '473 patent.

209.     On information and belief, Defendants have and continue to contribute to infringement by their customers pursuant to 35 U.S.C. § 271(c).  Illumina contributes to its customers' direct infringement by offering to sell, selling within the United States, or importing into the United States "two-channel" sequencing systems, sample preparation kits, and

sequencing kits that are specially designed and optimized for use in practicing at least claims 1-3 and 5 of the '473 patent. Illumina sells these products with the specific intent that their customers use them in a manner that infringes at least claims 1-3 and 5 of the '473 patent, and provides qualified methods and instructions directing their customers to perform infringing methods.

210.   On information and belief, at least some of these systems and related kits, such as the sample preparation kits designed for whole genome sequencing on the NovaSeq 6000 system, do not have a substantial non-infringing use with respect to claims 1-3 and 5 of the '473 patent. Illumina sells these reagent kits to be exclusively compatible with one sequencer series (*e.g.*, NovaSeq 6000, NextSeq Series, and MiniSeq). These highly specialized products are not staple articles of commerce; they are specifically designed to be used in a manner that infringes the '473 patent. On information and belief, Illumina acted with knowledge that the induced acts constitute infringement or willful blindness with regards to its customers' infringement of the '473 patent.

211.   On information and belief, Illumina's infringement of the '473 patent has been willful and deliberate since at least the date of the filing of this complaint.

### COUNT II – INFRINGEMENT OF U.S. PATENT NO. 10,662,473

212.   CGI hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 25 and 94 through 211 as if fully set forth herein.

213.   Illumina and its customers have directly infringed and continue to directly infringe at least claims 1-3 and 5 of the '473 patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by using "two-channel" sequencing systems (such as the NovaSeq 6000) in combination with sample preparation kits, and sequencing kits within the

United States.  Specifically, Illumina has used the accused methods in the United States in

connection with research, development, installation, testing, and qualification activities.

Illumina's customers have used the accused methods in the United States in connection with at

least DNA sequencing activities.

214.    On information and belief, Illumina has had knowledge of the '473 patent since at

least the date of the filing of this complaint.

215.    On information and belief, with knowledge of the '473 patent, Illumina has and

will continue to actively induce others to infringe at least claims 1-3 and 5 of the '473 patent in

violation of 35 U.S.C. §271(b) by, at least, causing, instructing, urging, encouraging, and/or

aiding others to directly infringe at least claims 1-3 and 5 of the '473 patent by using Illumina's

"two-channel" sequencing systems, sample preparation kits, and sequencing kits to perform the

claimed methods, as detailed in Paragraphs 94 to 211, above.

216.    On information and belief, Illumina acted with knowledge that the induced acts

constitute infringement or willful blindness with regards to its customers' underlying

infringement of the '473 patent.

217.    Illumina is liable for contributory infringement of the '473 patent pursuant to 35

U.S.C. § 271(c).  Specifically, Illumina has contributed to the infringement by its customers of

the '473 patent by selling and offering to sell within the United States "two-channel" sequencing

systems, sample preparation kits, and sequencing kits for practicing the claimed invention of the

'473 patent, including at least the NovaSeq 6000, the NextSeq, and the MiniSeq Systems, as well

as their compatible sample preparation kits and sequencing kits, as described in paragraphs 1

through 25 and 94 through 211, above.  The aforementioned products, which are designed,

supplied and supported by Illumina, constitute a material part of the claimed invention of the

'473 patent and they are not a staple article or commodity of commerce suitable for substantial noninfringing use.

218.    On information and belief, Illumina's infringement of the '473 patent has been willful and deliberate since learning of the '473 patent and its infringement thereof.

219.    Illumina's infringement of the '473 patent has injured CGI in its business and property rights.  CGI is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. § 284 in an amount to be determined at trial.

220.    Illumina's infringement of the '473 patent has caused irreparable harm to CGI and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

**JURY DEMAND**

221.    Plaintiff demands a jury trial on all issues so triable.

**PRAYER FOR RELIEF**

A.      A judgment that Illumina has directly and indirectly infringed the '132 and '473 patents;

B.      An order enjoining Illumina and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from further infringement of the '132 and '473 patents;

C.      An award of damages pursuant to 35 U.S.C. § 284, including an award of costs, and pre- and post-judgment interest;

D.       A declaration that Defendant's infringement was willful and deliberate, and an increase to the award of damages of three times the amount found or assessed by the Court, in accordance with 35 U.S.C. § 284;

E.      A declaration that this case is exceptional pursuant to 35 U.S.C. § 285, and an

award of attorneys' fees and costs; and

F.      An award of such other and further relief as the Court may deem just and proper.

Dated: July 1, 2020

OF COUNSEL
David Bilsker
QUINN EMANUEL URQUHART & SULLIVAN
LLP
50 California Street
22nd Floor
San Francisco, CA  94111
(415) 875-6600
davidbilsker@quinnemanuel.com

Anne S. Toker
Anastasia M. Fernands
QUINN EMANUEL URQUHART & SULLIVAN
LLP
51 Madison Avenue
22nd Floor
New York, NY  10010
(212) 849-7000
annetoker@quinnemanuel.com
anastasiafernands@quinnemanuel.com

YOUNG CONAWAY STARGATT
    & TAYLOR, LLP

*/s/ Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiff*
*Complete Genomics, Inc.*

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, hereby certify that on July 1, 2020, I caused to be electronically

filed a true and correct copy of the foregoing document with the Clerk of the Court using

CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel of record:

Steven J. Balick
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

Edward R. Reines
Derek C. Walter
Christopher S. Lavin
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
edward.reines@weil.com
derek.walter@weil.com
christopher.lavin@weil.com

Melissa Hotze
Amanda Do Couto
WEIL, GOTSHAL & MANGES, LLP
700 Louisiana, Suite 1700
Houston, TX 77002
(713) 546-5000
melissa.hotze@weil.com
amanda.docouto@weil.com

Stephen Bosco
WEIL, GOTSHAL & MANGES, LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
(202) 682-7000
stephen.bosco@weil.com

Andrew Gesior
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
andrew.gesior@weil.com

*Attorneys for Defendant*

I further certify that on July 1, 2020, I caused a copy of the foregoing document to be

served by e-mail on the above-listed counsel.

Dated: July 1, 2020

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*

Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiff*
*Complete Genomics, Inc.,*