# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant. <br><br><br> ILLUMINA, INC. and <br> ILLUMINA CAMBRIDGE LTD., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC. <br> BGI AMERICAS CORP., and <br> MGI AMERICAS INC. <br><br> Counterclaim-Defendants. | C.A. No. 19-970-MN <br><br> **JURY TRIAL DEMANDED** |

## JOINT APPENDIX OF EXHIBITS FOR CLAIM CONSTRUCTION BRIEFS

Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150 Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiff and Counterclaim-Defendants Complete Genomics, Inc., BGI Americas Corp., and MGI Americas, Inc.*

*Attorneys for Illumina, Inc. and Illumina Cambridge Ltd.*

OF COUNSEL:
David Bilsker
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street
22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com

Anne S. Toker
Anastasia M. Fernands
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000
annetoker@quinnemanuel.com
anastasiafernands@quinnemanuel.com

Andrew J. Bramhall
Margaret H.S. Shyr
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
(650) 801-5000
andrewbramhall@quinnemanuel.com
margaretshyr@quinnemanuel.com

OF COUNSEL:
Edward R. Reines
Derek Walter
Christopher S. Lavin
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
edward.reines@weil.com
derek.walter@weil.com
christopher.lavin@weil.com

Stephen Bosco
WEIL, GOTSHAL & MANGES, LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
(202) 682-7000
stephen.bosco@weil.com

Melissa Hotze
WEIL, GOTSHAL & MANGES, LLP
700 Louisiana, Suite 1700
Houston, TX 77002
(713) 546-5000

Andrew Gesior
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

Dated: November 13, 2020

# INDEX OF EXHIBITS

| Exhibit | Title |
|---|---|
| 1. | U.S. Patent No. 9,222,132 (Drmanac) |
| 2. | U.S. Patent No. 10,662,473 (Drmanac) |
| 3. | *Illumina, Inc. v. Complete Genomics, Inc.*, No. IPR2020-00079, Decision Denying Institution of *Inter Partes* Review (P.T.A.B. Apr. 22, 2020) |
| 4. | Zengmin Li et al., *A Photocleavable Fluorescent Nucleotide for DNA Sequencing and Analysis*, 100 Proc. Nat'l Acad. Scis. 414 (2003) |
| 5. | WO 06/074351 A2 (Smith *et al.*) |
| 6. | Declaration of Andrew Naravage in Support of Plaintiff Complete Genomics, Inc.'s Opening Claim Construction Brief |
| 7. | *Illumina, Inc. v. Complete Genomics, Inc.*, No. IPR2020-00079, Petition for *Inter Partes* Review (P.T.A.B. Oct. 21, 2019) (excerpted) |
| 8. | *Illumina, Inc. v. Complete Genomics, Inc.*, No. IPR2020-00079, Declaration of Floyd Romesberg, Ph.D., in Support of Petition for *Inter Partes* Review (P.T.A.B. Oct. 21, 2019) (excerpted) |
| 9. | U.S. Patent No. 7,960,104 (Drmanac *et al.*) |
| 10. | U.S. Patent No. 9,222,132 Interview Summary and Amendment (Feb. 3, 2015) |
| 11. | U.S. Patent No. 9,222,132 Interview Summary (Jan. 29, 2015) |
| 12. | U.S. Patent No. 9,222,132 Notice of Allowance (Sept. 15, 2015) |
| 13. | U.S. Patent No. 10,662,473 Amendment After Allowance Under 37 C.F.R. § 1.312 (Feb. 19, 2020) |
| 14. | U.S. Patent No. 10,662,473 Preliminary Amendment (Aug. 3, 2018) |
| 15. | U.S. Patent No. 6,833,246 (Balasubramanian) |
| 16. | U.S. Patent No. 6,911,345 (Quake *et al.*) |
| 17. | Illumina Figure 1 |
| 18. | Illumina Figure 2 |

| 19. | Illumina Figure 3 |
|---|---|
| 20. | Illumina Figure 4 |
| 21. | U.S. Patent No. 8,445,194 (Drmanac *et al.*) |
| 22. | U.S. Patent No. 5,436,130 (Mathies *et al.*) |
| 23. | U.S. Patent Application Pub. No. 2005/0191698 (Chee *et al.*) |
| 24. | U.S. Patent No. 6,210,891 (Nyren *et al.*) |
| 25. | U.S. Patent No. 6,828,100 (Ronaghi) |
| 26. | Mostafa Ronaghi *et al.*, *Real-Time DNA Sequencing Using Detection of Pyrophosphate Release*, 242 Analytical Biochemistry 84 (1996) |
| 27. | Marcel Margulies *et al.*, *Genome Sequencing in Open Microfabricated High Density Picoliter Reactors*, 437 Nature 376 (2005) |
| 28. | U.S. Patent No. 9,222,132 Preliminary Amendment (Aug. 25, 2014) |
| 29. | U.S. Patent No. 8,415,099 (Drmanac *et al.*) |
| 30. | INTENTIONALLY OMITTED |
| 31. | U.S. Patent No. 9,222,132 Specification |
| 32. | U.S. Patent No. 9,222,132 Office Action (Feb. 20, 2015) |
| 33. | U.S. Patent No. 9,222,132 Response to Non-Final Office Action (Feb. 23, 2015) |
| 34. | U.S. Patent No. 9,222,132 Office Action (Dec. 19, 2014) |
| 35. | CGI Figure 1 |
| 36. | CGI Figure 2 |
| 37. | Image excerpted from Tour of the Electromagnetic Spectrum, NASA Science, https://science.nasa.gov/ems/09_visiblelight (last visited Oct. 21, 2020) |
| 38. | *Illumina, Inc. v. Complete Genomics, Inc.*, No. IPR2020-00079, Petition for *Inter Partes* Review (P.T.A.B. Oct. 21, 2019) (excerpted) |
| 39. | WO 07/123744 A2 (Banerjee *et al.*) |
| 40. | U.S. Patent Application Pub. No. 2018/0223358 (Drmanac *et al.*) |

| 41. | Excerpt from MGI DNBSEQ Sequencing Technology video |
|---|---|
| 42. | U.S. Patent No. 8,133,719 (Drmanac *et al.*) |
| 43. | U.S. Patent No. 9,217,178 (Fedurco *et al.*) |
| 44. | U.S. Patent No. 9,303,290 (Fedurco *et al.*) |
| 45. | U.S. Patent No. 9,217,178 Amendment to the Claims (April 15, 2010) |
| 46. | U.S. Patent No. 9,217,178 Office Action (August 6, 2012) |
| 47. | U.S. Patent No. 9,217,178 Amendment to the Claims (December 6, 2012) |
| 48. | U.S. Patent No. 9,217,178 Office Action (June 26, 2015) |
| 49. | U.S. Patent No. 9,217,178 Response to Office Action (September 17, 2015) |
| 50. | U.S. Patent No. 9,217,178 Notice of Allowance (November 5, 2015) |
| 51. | U.S. Patent No. 9,303,290 Notice of Allowance (February 19, 2016) |
| 52. | U.S. Patent No. 9,970,055 (Fedurco et al.) |
| 53. | International Union of Pure and Applied Chemistry definition of "salt" |
| 54. | International Union of Pure and Applied Chemistry – Nomenclature |
| 55. | Wikipedia article on "hydroxide" |
| 56. | Merriam-Webster dictionary definition of "salt" |
| 57. | Chamber Dictionary of Science and Technology definition of "salt" |
| 58. | Hawley's Condensed Chemical Dictionary definition of "salt" |
| 59. | McGraw-Hill Dictionary of Scientific and Technical Terms definition of "salt" |
| 60. | Oxford Dictionary of Biochemistry and Molecular Biology definition of "irradiate" |
| 61. | Taber's Cyclopedic Medical Dictionary definition of "irradiate" |
| 62. | Hawley's Condensed Chemical Dictionary definition of "irradiate" |
| 63. | WO 01/94630 A2 (Bradley *et al.*) |
| 64. | U.S. Patent No. 9,217,178 Amendment and Response (April 2, 2012) |

| 65. | U.S. Patent No. 9,303,290 Amendment (December 8, 2015) |
| --- | --- |
| 66. | U.S. Patent No. 9,217,178 Response to Final Office Action (October 22, 2012) |
| 67. | Illumina HiSeq 2000 System Guide (May 2019) |
| 68. | U.S. Patent No. 9,303,290 Supplemental Submission (February 8, 2016) |
| 69. | WO 2006/064199 A1 (Baldock *et al.*) |
| 70. | U.S. Patent No. 9,217,178 Interview Summary (October 19, 2012) |

4

By: */s/ Adam W. Poff*
Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com
*Attorneys for Plaintiff and Counterclaim-Defendants Complete Genomics, Inc., BGI Americas Corp., and MGI Americas, Inc.*

OF COUNSEL:
David Bilsker
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street
22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com

Anne S. Toker
Anastasia M. Fernands
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000
annetoker@quinnemanuel.com
anastasiafernands@quinnemanuel.com

Andrew J. Bramhall
Margaret H.S. Shyr
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
(650) 801-5000
andrewbramhall@quinnemanuel.com
margaretshyr@quinnemanuel.com

Dated: November 13, 2020

By: */s/ Andrew C. Mayo*
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150 Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com
*Attorneys for Illumina, Inc. and Illumina Cambridge Ltd.*

OF COUNSEL:
Edward R. Reines
Derek Walter
Christopher S. Lavin
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
edward.reines@weil.com
derek.walter@weil.com
christopher.lavin@weil.com

Stephen Bosco
WEIL, GOTSHAL & MANGES, LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
(202) 682-7000
stephen.bosco@weil.com

Melissa Hotze
WEIL, GOTSHAL & MANGES, LLP
700 Louisiana, Suite 1700
Houston, TX 77002
(713) 546-5000

Andrew Gesior
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000