IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-970-MN |
| ILLUMINA, INC., | ) ) ) |
| Defendant. | ) ) |
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., | ) ) ) ) |
| Counterclaim-Plaintiffs | ) ) |
| v. | ) ) |
| COMPLETE GENOMICS, INC., BGI AMERICAS CORP., and MGI AMERICAS INC. | ) ) ) ) |
| Counterclaim-Defendants. | ) ) |

## NOTICE OF LODGING MULTIMEDIA

PLEASE TAKE NOTICE that a copy of Defendant's claim construction tutorial has been submitted to chambers.

{01628190;v1 }

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
|  | _____ |
| *Of Counsel:* | Steven J. Balick (#2114) |
|  | Andrew C. Mayo (#5207) |
| Edward R. Reines | 500 Delaware Avenue, 8th Floor |
| Derek C. Walter | P.O. Box 1150 |
| Christopher S. Lavin | Wilmington, DE  19899 |
| WEIL, GOTSHAL & MANGES, LLP | (302) 654-1888 |
| 201 Redwood Shores Parkway | sbalick@ashbygeddes.com |
| Redwood Shores, CA  94065 | amayo@ashbygeddes.com |
| (650) 802-3000 |  |
|  | *Attorneys for Illumina, Inc. and* |
| Stephen Bosco | *Illumina Cambridge Ltd.* |
| WEIL, GOTSHAL & MANGES, LLP |  |
| 2001 M Street, NW, Suite 600 |  |
| Washington, DC  20036 |  |
| (202) 682-7000 |  |

Melissa Hotze
WEIL, GOTSHAL & MANGES, LLP
700 Louisiana, Suite 1700
Houston, TX  77002-2784
(713) 546-5000

Andrew Gesior
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153-0119
(212) 310-8000

Dated:  November 13, 2020