IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC.,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ILLUMINA, INC.,<br><br>　　　　　　Defendant.<br><br>ILLUMINA, INC. and<br>ILLUMINA CAMBRIDGE LTD.,<br><br>　　　　　　Counterclaim-<br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COMPLETE GENOMICS, INC.<br>BGI AMERICAS CORP., and<br>MGI AMERICAS INC.,<br><br>　　　　　　Counterclaim-Defendants. | C.A. No. 19-970-MN |

**STIPULATION AND [PROPOSED] ORDER
REGARDING CASE NARROWING AND BRIEFING
<u>CERTAIN ISSUES IN ADVANCE OF TRIAL</u>**

WHEREAS, the Court scheduled a teleconference on January 14, 2022, to discuss the parties' requests to file summary judgment and *Daubert* motions, as well as the parties' efforts to narrow issues for trial (D.I. 321);

WHEREAS, at that teleconference, the Court asked for additional briefing on a claim construction issue related to claim 1 of Patent No. 10,662,473 regarding "whether the wavelength means integer or a range. So a number or a range." (D.I. 322 at 18:11–19:2);

WHEREAS, the Court also granted Illumina's request (D.I. 305) to file a *Daubert* motion concerning damages (D.I. 322 at 21:17–22:13); and

WHEREAS, the parties informed the Court that they were meeting to discuss case narrowing for trial, and agreed to promptly report back to the Court regarding the same (D.I. 322 at 20:20–21:12).

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, to the following:

**Claim Construction**

| Event | Date |
|---|---|
| The parties will exchange proposed constructions for the term "wavelength" as recited in claim 1 of the '473 Patent | January 28, 2022 |
| The parties will each file a brief, not to exceed five pages | February 11, 2022 |

**Illumina's *Daubert* Motion**

| Event | Date |
|---|---|
| Illumina will file its *Daubert* motion, not to exceed twelve pages | January 28, 2022 |
| CGI will file its opposition, not to exceed the length of Illumina's motion | February 11, 2022 |
| Illumina will file its reply, not to exceed five pages | February 18, 2022 |

**Case Narrowing**[1]

| CGI's Narrowed Asserted Claims For Trial |
|---|
| Patent No. 9,222,132 – Claims 1-4 |
| Patent No. 10,662,473 – Claims 1-3, and 5 |

| Illumina's Narrowed Asserted Claims For Trial |
|---|
| Patent No. 9,217,178 - Claims 1, 6, and 14 |
| Patent No. 9,303,290 - Claims 1, 7, and 15 |
| Patent No. 9,970,055 - Claims 1, 2, and 17 |

---

[1] The parties anticipate filing a stipulation narrowing invalidity references in the near term.

2

Per the discussion at the January 14, 2022 teleconference, in light of CGI's withdrawal of claim 5 of the '132 Patent, Illumina's request for summary judgment (D.I. 303 at 3) is moot.

Dated: January 21, 2022

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Pilar G. Kraman* <br> Adam W. Poff (#3990) <br> Pilar G. Kraman (#5199) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> apoff@ycst.com <br> pkraman@ycst.com <br><br> *Attorneys for Plaintiff-Counterclaim-Defendants* | /s/ *Steven J. Balick* <br> Steven J. Balick (#2114) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> Wilmington, DE 19801 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br> amayo@ashby-geddes.com <br><br> *Attorneys for Defendant-Counterclaim-Plaintiffs* |

SO ORDERED this _____ day of January, 2022.

_____
The Honorable Maryellen Noreika