IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC.,<br><br>    Plaintiff,<br> v.<br><br>ILLUMINA, INC.,<br><br>    Defendant.<br><br>ILLUMINA, INC. and<br>ILLUMINA CAMBRIDGE LTD.,<br><br>    Counterclaim-<br>    Plaintiffs,<br><br> v.<br><br>COMPLETE GENOMICS, INC.<br>BGI AMERICAS CORP., and<br>MGI AMERICAS INC.,<br><br>    Counterclaim-Defendants. | C.A. No. 19-970-MN |

## POST-TRIAL JOINT STATUS REPORT

Pursuant to Paragraph 21 of the Court's Scheduling Order (D.I. 21), Plaintiff and Counterclaim Defendants ("CGI") and Defendant and Counterclaim Plaintiffs ("Illumina") hereby submit this Post-Trial Status Report following the May 6, 2022 jury verdict (D.I. 407), indicating how the case should proceed and identifying the post-trial motions each party intends to file.

**CGI's Post-Trial Motions**

 CGI intends to file the following post-trial motions:

1. Motion for an ongoing royalty, supplemental damages, pre-judgment interest, and post-judgment interest, and any other equitable relief that may be just and proper;

2. Motion for enhanced damages; and
3. Motion for attorneys' fees and costs, which will be deferred until 14 days after the time for appeal has expired or within 14 days after issuance of a mandate from the appellate court.

**Illumina's Post-Trial Motions**

Illumina intends to file the following post-trial motions:
1. Motion for judgment as a matter of law; and
2. Motion for new trial.

**Briefing Schedule and Page Limits**

In accordance with the Federal Rules of Civil Procedure, the parties shall file all post-trial motions, and opening briefs in support, within 28 days of the Court's entry of judgment. Briefing shall proceed in accordance with Paragraph 22 of the Court's Scheduling Order. The deadline for answering and reply briefs are as follows, subject to the Court's approval:

- Answering briefs shall be filed within 28 days of the filing of opening briefs.
- Reply briefs shall be filed within 14 days of the filing of answering briefs.

Illumina respectfully requests a 20-page allotment for its opening brief for JMOL and also a 10 page allotment for its opening brief for a new trial motion. This carefully considered request for an adjustment to the Court's default rule is warranted by the large number of issues (as reflected in Illumina's FRCP 50(a) motions) implicated by CGI's claims and Illumina's counterclaims and by the unusually high stakes given the size of the verdict.

CGI believes the Court's briefing limits, as set forth in Paragraph 22 of the Scheduling Order, are sufficient. If the Court is inclined to grant Illumina's request, however, CGI requests the Court modify Paragraph 22 as follows: each side may submit a maximum of 30 pages of opening briefs, 30 pages of answering briefs, and 15 pages of reply briefs, regardless of the number of motions filed.

**Final Judgment**

Illumina alerts the Court that the judgment is not final until the issue of prejudgment interest is addressed, as noted as recently as last week by the Federal Circuit. *See Halo Electronics, Inc. v. Bel Fuse Inc.,* No. 2021-1861 (Fed. Cir. May 6, 2022). Illumina believes that "entering" a judgment that is not properly a judgment under Federal Circuit law is confusing and unwarranted. Illumina otherwise approves the form of the judgment except insofar as it purports to "enter" judgment now and subject to the above objections.

CGI responds to Illumina's concerns only to note that all parties appear to agree that the "Judgment Following Jury Verdict" is not the final, appealable judgment that will be entered following the Court's resolution of post-trial motions.

Dated: May 13, 2022

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
| /s/ *Pilar G. Kraman* | /s/ *Steven J. Balick* |
| Adam W. Poff (#3990) | Steven J. Balick (#2114) |
| Pilar G. Kraman (#5199) | Andrew C. Mayo (#5207) |
| 1000 North King Street | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 654-1888 |
| apoff@ycst.com | sbalick@ashby-geddes.com |
| pkraman@ycst.com | amayo@ashby-geddes.com |
| *Attorneys for Plaintiff-Counterclaim-Defendants* | *Attorneys for Defendant-Counterclaim-Plaintiffs* |

SO ORDERED this _____ day of May 2022.

_____
The Honorable Maryellen Noreika