# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-970-MN |
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., <br><br> Counterclaim-Plaintiffs. <br><br> v. <br><br> COMPLETE GENOMICS, INC., BGI AMERICAS CORP., and MGI AMERICAS INC., <br><br> Counterclaim-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with Local Rule 83.7, please take notice that Audra Sawyer of Weil, Gotshal & Manges, LLP hereby withdraws her appearance for Illumina, Inc. and Illumina Cambridge Ltd. ("Illumina") in the above action. Illumina shall continue to be represented by the law firms of Weil, Gotshal & Manges, LLP and Ashby & Geddes in this action.

{01803305;v1 }

*Of Counsel:*

Edward R. Reines
Derek C. Walter
Nate Ngerebara
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Andrew P. Gesior
Kathryn Leicht
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000

Audra Sawyer
WEIL, GOTSHAL & MANGES, LLP
2001 M Street, NW Suite 600
Washington, DC 20036
(202) 682-7000

Dated: May 24, 2022

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com
*Attorneys for Illumina, Inc. and Illumina Cambridge Ltd.*