# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC., | ) |
| Plaintiff, | ) C.A. No. 19-970-MN |
| v. | ) |
| ILLUMINA, INC., | ) |
| Defendant. | ) |
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., | ) |
| Counterclaim-Plaintiffs. | ) |
| v. | ) |
| COMPLETE GENOMICS, INC., BGI AMERICAS CORP., and MGI AMERICAS INC., | ) |
| Counterclaim-Defendants. | ) |

**DECLARATION OF DEREK C. WALTER IN SUPPORT OF DEFENDANT'S OPENING POST-TRIAL BRIEF IN SUPPORT OF ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND A NEW TRIAL**

{01806872;v1}

I, Derek C. Walter, declare:

1. I am an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Illumina, Inc. and Illumina Cambridge Ltd. ("Illumina") in the above-captioned matters. I have personal knowledge of the matters stated below, and if called upon to do so, could and would testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of the trial transcript in this matter.

3. Attached as Exhibit 2 is a true and correct copy of the transcript of the December 22, 2020 claim construction hearing in this matter.

4. Attached as Exhibit 3 is a true and correct copy of April 18, 2022 email correspondence reflecting the parties' agreement with regard to the timing of the testimony of Robert Kain.

5. Attached as Exhibit 4 is a true and correct copy of United States Patent Application 11/981,607.

6. Attached as Exhibit 5 is a true and correct copy of Illumina's closing presentation slides.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 3, 2022, at Redwood City, CA.

Respectfully submitted,

/s/ Derek C. Walter
Derek C. Walter

*Attorneys for Illumina, Inc. and Illumina Cambridge Ltd.*