IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-970-MN |
| | ) |
| ILLUMINA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ILLUMINA, INC. and | ) |
| ILLUMINA CAMBRIDGE LTD., | ) |
| | ) |
| Counterclaim-Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| COMPLETE GENOMICS, INC., | ) |
| BGI AMERICAS CORP., and | ) |
| MGI AMERICAS INC. | ) |
| | ) |
| Counterclaim-Defendants. | ) |

**STIPULATED ORDER REGARDING POST-TRIAL BRIEFING**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the schedule for briefing on Plaintiff's upcoming post-trial motions, and on Defendant's pending motion for judgment as a matter of law (D.I. 414) and motion for a new trial (D.I. 415), shall be further revised as set forth below:

**Plaintiff's Post-Trial Motions**

| | |
|---|---|
| Plaintiff's Opening Papers | August 15, 2022 |
| Defendant's Answering Papers | September 12, 2022 |
| Plaintiff's Reply Papers | September 26, 2022 |

**Defendant's Post-Trial Motions**

| | |
|---|---|
| Defendant's Opening Papers | Already Filed |
| Plaintiff's Answering Papers | August 26, 2022 |
| Defendant's Reply Papers | September 9, 2022 |

Dated: July 19, 2022

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ Pilar G. Kraman | /s/ Steven J. Balick |
| Adam W. Poff (#3990) | Steven J. Balick (#2114) |
| Pilar G. Kraman (#5199) | Andrew C. Mayo (#5207) |
| 1000 North King Street | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 654-1888 |
| apoff@ycst.com | sbalick@ashbygeddes.com |
| pkraman@ycst.com | amayo@ashbygeddes.com |
| *Attorneys for Plaintiff, Counterclaim-Defendants* | *Attorneys for Defendant, Counterclaim-Plaintiffs* |

SO ORDERED, this _____ day of _____, 2022.

_____
United States District Judge