IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant. <br><br> ILLUMINA, INC. and <br> ILLUMINA CAMBRIDGE LTD., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> COMPLETE GENOMICS, INC., <br> BGI AMERICAS CORP., and <br> MGI AMERICAS INC. <br><br> Counterclaim-Defendants. | C.A. No. 19-970-MN |

**STIPULATED ORDER REGARDING POST-TRIAL BRIEFING**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the schedule for briefing on Plaintiff's upcoming post-trial motions, and on Defendant's pending motion for judgment as a matter of law (D.I. 414) and motion for a new trial (D.I. 415), shall be further revised as set forth below:

**Plaintiff's Post-Trial Motions**

| | |
|---|---|
| Plaintiff's Opening Papers | August 15, 2022 |
| Defendant's Answering Papers | September 12, 2022 |
| Plaintiff's Reply Papers | September 26, 2022 |

**Defendant's Post-Trial Motions**

| | |
|---|---|
| Defendant's Opening Papers | Already Filed |
| Plaintiff's Answering Papers | August 26, 2022 |
| Defendant's Reply Papers | September 9, 2022 |

Dated: July 19, 2022

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
| */s/ Pilar G. Kraman* | */s/ Steven J. Balick* |
| Adam W. Poff (#3990)<br>Pilar G. Kraman (#5199)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com | Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiff, Counterclaim-Defendants* | *Attorneys for Defendant, Counterclaim-Plaintiffs* |

SO ORDERED this 19th day of July 2022.

_____
The Honorable Maryellen Noreika
United States District Judge