**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COMPLETE GENOMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 19-970-MN |
| | ) | |
| v. | ) | |
| | ) | |
| ILLUMINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., | ) | |
| | ) | |
| | ) | |
| Counterclaim-Plaintiffs. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMPLETE GENOMICS, INC., BGI AMERICAS CORP., and MGI AMERICAS INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF POST-TRIAL MOTIONS**

Plaintiff and Counterclaim-Defendants, Complete Genomics, Inc., BGI Americas Corp., and MGI Americas Inc. and Defendant and Counterclaim-Plaintiffs Illumina, Inc. and Illumina Cambridge Ltd. (collectively, "Illumina") have entered into an Agreement that resolves the claims and counterclaims asserted in this Action.    Pursuant to the terms of that Agreement, Illumina hereby withdraws the following post-trial motions pending before the Court:

1.      Motion for Judgment as a Matter of Law (D.I. 414)

2.      Motion for New Trial (D.I. 415)

{01819245;v1 }

ASHBY & GEDDES

*/s/ Steven J. Balick*
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Illumina, Inc. and
Illumina Cambridge Ltd.*

*Of Counsel:*

Edward R. Reines
Derek C. Walter
Nate Ngerebara
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kathryn Leicht
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000

Audra Sawyer
WEIL, GOTSHAL & MANGES, LLP
2001 M Street, NW Suite 600
Washington, DC 20036
(202) 682-7000

Dated:    July 27, 2022