# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPLETE GENOMICS, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 19-970-MN |
| | ) |
| v. | ) |
| | ) |
| ILLUMINA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., | ) |
| | ) |
| | ) |
| Counterclaim-Plaintiffs. | ) |
| | ) |
| v. | ) |
| | ) |
| COMPLETE GENOMICS, INC., BGI AMERICAS CORP., and MGI AMERICAS INC., | ) |
| | ) |
| | ) |
| | ) |
| Counterclaim-Defendants. | ) |
| | ) |

## STIPULATION AND ORDER REGARDING MODIFICATION OF PROTECTIVE ORDER

WHEREAS, on October 8, 2019, the Court issued the Stipulated Protective Order (D.I. 26).

WHEREAS, Plaintiff and Defendant have agreed to modify the Stipulated Protective Order.

Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendant, subject to the approval of the Court, that the Plaintiff and Defendant shall be permitted to preserve and maintain one (1) set of all "Protected Material" (as defined in the

1

Protective Order), provided that each such set (a) is only maintained by the respective legal counsel for Plaintiff and Defendant (Quinn Emanuel, Urquhart & Sullivan, LLP and Weil, Gotshal & Manges LLP, respectively) and (b) otherwise remains subject to the terms and conditions of the Stipulated Protective Order.

**IT IS SO ORDERED** this 27th day of July 2022.

_____
The Honorable Maryellen Noreika
United States District Judge

Dated: July 27, 2022

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com
*Attorneys for Illumina, Inc. and
Illumina Cambridge Ltd.*

*Of Counsel:*

Edward R. Reines
Derek C. Walter
Nate Ngerebara
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kathryn Leicht
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Pilar G. Kraman
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com
*Attorneys for Plaintiff and Counterclaim-
Defendants Complete Genomics, Inc., BGI
Americas Corp., and MGI Americas Inc.*

*Of Counsel:*
David Bilsker
David Andrew Perlson
Nathan Sun
Andrew E. Naravage
Elle Xuemeng Wang
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com
davidperlson@quinnemanuel.com
nathansun@quinnemanuel.com
andrewnaravage@quinnemanuel.com
ellewang@quinnemanuel.com

Anne Toker
Robert B. Wilson
Anastasia M. Fernands
Andrew Tigchelaar
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
annetoker@quinnemanuel.com

robertwilson@quinnemanuel.com
anastasiafernands@quinnemanuel.com
andrewtigchelaar@quinnemanuel.com

Brian C. Cannon
Andrew J. Bramhall
Margaret Hsiao-Shia Shyr
Dallas Bullard
Cat Williams
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
briancannon@quinnemanuel.com
andrewbramhall@quinnemanuel.com
margaretshyr@quinnemanuel.com
dallasbullard@quinnemanuel.com
catwilliams@quinnemanuel.com